**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| ITAM ENTERPRISES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-cv-15131 |
| | ) | |
| v. | ) | Judge |
| | ) | |
| | ) | |
| | ) | |
| PENN-STAR INSURANCE COMPANY, | ) | |
| | ) | **JURY DEMAND** |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, the Defendant, Penn-Starr Insurance Company ("Penn-Star"), hereby removes this action to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, hereby states as follows:

**State Court Action and Timely Removal**

1. On October 31, 2025, ITAM Enterprises, LLC ("ITAM"), filed Case No. 2025L013579 in the Circuit Court of Cook County, Illinois. (A true and accurate copy of the Summons and Complaint is attached and incorporated as Ex. A).

2. In its complaint, Plaintiff alleges causes of action for Section 155 of the Illinois Insurance Code and declaratory judgment relative to Defendant's adjustment of Plaintiff's commercial property insurance claim. (Ex. A, ¶¶ 1-25).

3. Specifically, Plaintiff alleges that a May 8, 2024 storm damaged ITAM's premises located at 18659 Dixie Highway, Homewood, Illinois, and that ITAM initiated a claim with Penn-Star as a result of that storm. (Ex. A, ¶¶ 1, 11).

4. Plaintiff alleges that Penn-Star's conclusions regarding the cause of the damage were erroneous and against objective evidence, and sues Penn-Star for bad faith denial of insurance benefits and declaratory judgment. (Ex. A, ¶¶ 1. – 25.).

5. Penn-Star was served with the summons and complaint on November 24, 2025.

6. On December 12, 2025, Penn-Star filed its Answer and Affirmative Defenses to the Plaintiff's Complaint. (A true and accurate copy of the filed Answer is attached hereto as Exhibit B).

7. Pursuant to 28 U.S.C. § 1446(b)(1), Penn-Star timely filed its Notice of Removal within thirty days (30) after receipt of summons and a copy of the complaint and the removal is therefore timely.

**Diversity Exists**

8. Upon information and belief, ITAM is a limited liability company organized and existing under the laws of the State of Illinois, with its principal place of business located in Lemont, Illinois. (See, a true and accurate copy of the Illinois Secretary of State Form LLC-50.1 Annual Report for Plaintiff, attached and incorporated as Ex. C).

9. A limited liability company is a citizen of every state in which its members are citizens, for purposes of removal. *Big Shoulders Capital LLC v. San Luis & Rio Grande R.R., Inc.*, 13 F.4th 560, 565 (7th Cir. 2021).

10. Upon information and belief, Imad H. Abockheir and Adam Abockheir are the only members of ITAM Enterprises, LLC, both of whom are citizens of the state of Illinois. (Ex. B).

11. Penn-Star is a Pennsylvania corporation with its principal place of business in Bala Cynwyd, Pennsylvania. Penn-Star is a citizen of the state of Pennsylvania.

12. For jurisdictional purposes, Plaintiff is a citizen of Illinois while Defendant is a citizen of Pennsylvania, and complete diversity exists pursuant to 28 U.S.C. § 1332(a)(1).

**Amount in Controversey**

13. Not including fees and costs, or any statutory recoveries associated with 215 ILCS 5/155, Plaintiff seeks $332,258.02 in damages, and therefore the $75,000 amount in controversy is satisfied. (See Ex. A, and 28 U.S.C. § 1332).

**Notices**

14. Promptly after filing this Notice of Removal, Penn-Star will provide written notice thereof to Plaintiff and the Clerk of the Circuit Court of Cook County, Illinois. (See, a true and accurate copy of the Notice to State Court of Notice of Removal, attached and incorporated as Ex. D).

15. Penn-Star demands trial by jury on all triable issues by jury.

WHEREFORE, pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446, Defendant, Penn-Star Insurance Company hereby removes this case to the United States District Court for the Northern District of Illinois, Eastern Division, for all further proceedings in this matter.

Respectfully Submitted,

s/ Benjamin J. Galloway
Attorney for Defendant, Penn-Star Insurance Company

Benjamin J. Galloway
Illinois Bar No. 6281433
bjg@pg-lawoffice.com
PARSKY & GALLOWAY, LLC
120 N. LASALLE ST., SUITE 3200
CHICAGO, IL 60602
Telephone: (312) 551-2130

Facsimile: (312) 551-2131

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of December, 2025, the foregoing was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system upon all counsel of record.

s/ Benjamin J. Galloway

**CERTIFICATE OF FURTHER SERVICE**

Pursuant to 28 U.S. Code § 1746, the undersigned attorney certifies that on December 12, 2025 he caused Defendant's Notice of Removal to be emailed to the following attorneys and individuals:

Mason S. Cole
mcole@colesadkin.com

s/ Benjamin J. Galloway