Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 12/29/2025 9:30 AM

FILED
10/31/2025 2:06 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L013579
Calendar, I
35158678

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| **ITAM ENTERPRISES, LLC.,** | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case Number 2025L013579 |
| **PENN-STAR INSURANCE COMPANY,** | ) | Judge |
| *Defendant.* | ) | Courtroom |

**COMPLAINT FOR BAD FAITH DENIAL OF INSURANCE BENEFITS AND DECLARATORY JUDGMENT**

Plaintiff, ITAM ENTERPRISES, LLC ("Plaintiff" or "Itam"), by and through its undersigned counsel, Cole Sadkin, LLC, for its Complaint against Defendant, PENN-STAR INSURANCE COMPANY ("Defendant" or "Penn-Star"), states as follows:

**<u>NATURE OF THE ACTION</u>**

1. This action arises from Defendant's bad-faith denial of coverage under commercial property insurance Policy No. PAV0478527 issued to Plaintiff for its premises at 18659 Dixie Highway, Homewood, Illinois.

2. Plaintiff's property sustained extensive hail and wind damage from the May 8, 2024 storm, resulting in physical damage to the roof, flashing, and interior water intrusion. Plaintiff promptly submitted a claim and fully complied with all policy conditions.

3. Defendant retained EFI Global to inspect the property but directed an

For updated information about your case, including hearings, subsequent filings
and other case information, please visit our Online Case Search
and search for your case: https://casesearch.cookcountyclerkofcourt.org

Exhibit A

FILED DATE: 10/31/2025 2:06 PM 2025L013579

outcome-oriented investigation that mischaracterized the storm damage as "wear and tear." EFI ignored obvious hail strikes and torn flashing, producing a report designed to justify denial rather than determine the truth.

4. On November 15, 2024, Defendant denied the claim citing exclusions for "cosmetic" or "maintenance-related" deterioration. The denial disregarded photographic and physical evidence as well as a detailed contractor estimate confirming storm-related loss exceeding $330,000.

5. Plaintiff seeks recovery of unpaid insurance proceeds in the amount of not less than $332,258.02, as well as statutory damages, attorney's fees, and a declaratory judgment confirming that the Penn-Star policy provides coverage for the May 8, 2024 loss.

**PARTIES**

6. Plaintiff ITAM ENTERPRISES, LLC is an Illinois limited liability company that owns and operates the commercial property located at 18659 Dixie Highway, Homewood, Illinois.

7. Defendant PENN-STAR INSURANCE COMPANY is a Pennsylvania-domiciled insurance company authorized to transact business in Illinois and issued the subject policy to Plaintiff.

**JURISDICTION AND VENUE**

8. This Court has jurisdiction over the parties and subject matter pursuant to 735

FILED DATE: 10/31/2025 2:06 PM 2025L013579

ILCS 5/2-209, as the policy was issued and the loss occurred in Illinois.

9. Venue is proper in Cook County under 735 ILCS 5/2-102 because the insured property and loss are located in this County.

**FACTS COMMON TO ALL COUNTS**

10. On or about April 1, 2023, Defendant issued Policy No. PAV0478527 to Plaintiff, providing coverage for direct physical loss to covered property, including damage caused by wind and hail. (See Exhibit 1, Policy No. PAV0478527.) This policy formed the binding agreement under which Defendant owed Plaintiff a duty of good faith and timely payment for covered losses.

11. On May 8, 2024, a severe hail and windstorm struck the Homewood area, causing significant roof and interior damage to Plaintiff's property. Plaintiff promptly notified Penn-Star and submitted a claim (Claim No. 24003439), fully complying with all policy requirements. The loss was extensively documented through photographs and inspection reports verifying storm-related impact.

12. Defendant retained EFI Global to inspect the property. EFI's report mischaracterized the storm impact as "wear and tear" and ignored visible hail strikes, torn flashing, and water intrusion. (See Exhibit 2, EFI Global Report.) The conclusions of EFI's report were inconsistent with objective evidence and industry standards for hail loss assessment.

13. Relying solely on that flawed report, Penn-Star denied the claim on November

15, 2024, citing exclusions for "cosmetic" and "maintenance-related" deterioration. (See Exhibit 3, Denial Letter dated November 15, 2024.) The denial letter failed to address Plaintiff's evidence or apply the policy's coverage provisions in good faith.

14. Plaintiff obtained an independent estimate from Restore Masters Contracting, LLC, showing storm-related replacement cost damages of $332,258.02. (See Exhibit 4, Restore Masters Estimate.) This estimate provided detailed scope-of-work documentation establishing the nature and cause of the covered loss.

15. Plaintiff, through counsel, issued a detailed demand letter dated June 16, 2025, refuting Penn-Star's basis for denial and requesting reconsideration, which Penn-Star ignored. (See Exhibit 5, Demand Letter dated June 16, 2025.) The letter included engineering rebuttal and photographs confirming that Penn-Star's stated exclusions were inapplicable.

16. As a result of Defendant's conduct, Plaintiff has incurred substantial financial losses, loss of use, and attorney's fees to recover benefits plainly owed. Defendant's continued refusal to address the claim has prolonged damage to the property and exacerbated Plaintiff's expenses.

## COUNT I – BAD FAITH DENIAL OF INSURANCE BENEFITS

17. Plaintiff re-alleges paragraphs 1–16 as if fully set forth herein.

18. Every insurance contract under Illinois law includes an implied covenant of good faith and fair dealing.

19. Defendant breached that duty and acted in bad faith by: a. Conducting a

FILED DATE: 10/31/2025 2:06 PM 2025L013579

biased and outcome-oriented investigation; b. Failing to give equal consideration to Plaintiff's interests; c. Misrepresenting policy terms and exclusions; and d. Refusing to pay without a reasonable basis, forcing Plaintiff to file suit.

20. Defendant's conduct was vexatious, unreasonable, and in reckless disregard of Plaintiff's rights, in violation of Illinois common law and 215 ILCS 5/155.

21. As a direct result, Plaintiff has suffered damages including unpaid insurance benefits of $332,258.02, consequential losses, and attorney's fees.

WHEREFORE, Plaintiff respectfully requests judgment in its favor and against Defendant Penn-Star Insurance Company for compensatory damages in the amount of not less than $332,258.02; attorney's fees, costs, and statutory penalties pursuant to 215 ILCS 5/155; and all other relief the Court deems just and proper.

**COUNT II – DECLARATORY JUDGMENT (735 ILCS 5/2-701)**

22. Plaintiff re-alleges paragraphs 1–21 as if fully set forth herein.

23. An actual controversy exists between the parties concerning the scope of coverage under Policy No. PAV0478527 and Defendant's obligation to indemnify Plaintiff for its storm-related losses.

24. Plaintiff contends that: a. The May 8, 2024 hail and windstorm caused direct physical loss to covered property; b. The policy affords coverage for that loss; and c. No exclusion or limitation applies to preclude payment.

25. Defendant denies coverage and refuses payment without lawful justification.

WHEREFORE, Plaintiff respectfully requests that this Court declare that Policy No.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

PAV0478527 provides coverage for the May 8, 2024 hail and windstorm damage; declare that Penn-Star is obligated to indemnify Plaintiff for the full replacement cost value of $332,258.02; award Plaintiff costs and attorney's fees; and grant such other and further relief as this Court deems equitable and just.

Dated: October 31, 2025

Respectfully submitted,

ITAM ENTERPRISES, LLC

By: /s/Mason Cole

*One of its Attorneys*

**COLE SADKIN, LLC**
Mason S. Cole
1652 West Belmont Avenue, Suite 1
Chicago, IL 60657
colesadkin.com
(312) 548-8610
mcole@colesadkin.com
Firm No. 49001

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| **ITAM ENTERPRISES, LLC.,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case Number |
| | ) | |
| **PENN-STAR INSURANCE COMPANY,** | ) | Judge |
| | ) | |
| *Defendant.* | ) | Courtroom |

**RULE 222(b) AFFIDAVIT**

NOW COMES the Plaintiff, in the above captioned matter, and pursuant to Illinois Supreme Court Rule 222(b) state that the total money damages sought by Plaintiffs in the above matter does exceed FIFTY THOUSAND DOLLARS (50,000.00).

Mason S Cole

Mason Cole, on behalf of ITAM ENTERPRISES, LLC

**CERTIFICATION**

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

Mason S Cole

Mason Cole, on behalf of ITAM ENTERPRISES, LLC

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 12/29/2025 9:30 AM

FILED
10/31/2025 2:06 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L013579
Calendar, I
35158678

FILED DATE: 10/31/2025 2:06 PM 2025L013579

# EXHIBIT 1

FILED DATE: 10/31/2025 2:06 PM 2025L013579

# REQUEST FOR ADDITIONAL INFORMATION

**OPTIONAL RETAIL AGENT NAME** Aiman Batarseh

**RETAIL AGENT PHONE** 7088258000

**REQUIRED INSURED'S PHONE** 6303995476

FILED DATE: 10/31/2025 2:06 PM 2025L013579

GBLI
GLOBAL INDEMNITY

Diamond State Insurance Company®
Penn-America Insurance Company®
Penn-Patriot Insurance Company®
Penn-Star Insurance Company®
United National Insurance Company®

# IMPORTANT NOTICE FOR POLICYHOLDERS REGARDING PUBLIC HEALTH EMERGENCY

GBLI | Global Indemnity, which includes our affiliated companies and subsidiaries, understands the challenges facing our policyholders during a public health emergency.

A public health emergency is any event that represents immediate threat to human life or health and requires prompt action by way of mitigation measures to protect the health of the public. The event must require action taken by city, county, state or national officials to shut down businesses or alter operations.

If an emergency order has been declared, at the request of the Named Insured, GBLI may take the following steps to assist policyholders that are active and in good standing, with no cancellations pending, at the time of the public health emergency:

- **Minimum Earned Premium Waived:** We may waive the minimum earned premium when the Named Insured requests cancellation of a policy. In such case, the policy will be cancelled on a pro-rata basis and no short rate penalty will be imposed.
- **Premium Audit Exposures:** We may opt not to endorse the increased sales, receipts or payroll exposures on the current policy term as a result of a premium audit on the prior policy term. Any amounts due from the audit will be paid pursuant to the terms of the policy.
- **Inspections and Recommendation Compliance Extension:** We may give you a 30-day extension from the original date you were required to comply with critical and non-critical recommendations. All other inspection and recommendation compliance requirements remain unchanged.

These accommodations are in addition to any required by the Named Insured's jurisdiction. If there is a conflict between a jurisdictional requirement and an accommodation in this memo, the one most beneficial to the Named Insured will apply.

If you have been affected by a public health emergency, we urge you to contact your insurance agent.

The Named Insured must provide its insurance agent with a written request for the assistance described above, as well as documentation of the mandates impeding the operations of the business. Any and all accommodations described in this notice are applied at the discretion of GBLI.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

## GBLI | GLOBAL INDEMNITY

## PRIVACY NOTICE

We at GBLI | Global Indemnity, which includes Diamond State Insurance Company®, Penn-America Insurance Company®, Penn-Patriot Insurance Company®, Penn-Star Insurance Company®, United National Insurance Company®, and our affiliated companies and subsidiaries, are required to protect our customers' nonpublic personal financial information.

We collect your nonpublic personal financial information from the following sources:

- Information obtained from you, including information from your application, such as name, address, telephone number, social security number, assets and income.
- Information about transactions and experiences, such as your premium payment and claims history.
- Information from a consumer reporting agency, such as your credit history.

**WE DO NOT DISCLOSE YOUR NONPUBLIC PERSONAL FINANCIAL INFORMATION, EXCEPT AS PERMITTED OR REQUIRED BY LAW. WE RESERVE THE RIGHT, HOWEVER, TO CHANGE THIS POLICY AT ANY TIME. SHOULD THIS POLICY CHANGE, WE WILL GIVE AFFECTED CUSTOMERS AN OPPORTUNITY TO DIRECT THAT THEIR NONPUBLIC PERSONAL FINANCIAL INFORMATION NOT BE DISCLOSED.**

We maintain electronic, physical and procedural safeguards that comply with Federal regulations to protect your nonpublic personal financial information. We limit access to your nonpublic personal financial information to those employees who need to know that information to perform their job responsibilities.

We disclose nonpublic personal financial information of former customers to affiliated and nonaffiliated third parties as permitted by law.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

GBLI
GLOBAL INDEMNITY

Diamond State Insurance Company®
Penn-America Insurance Company®
Penn-Patriot Insurance Company®
Penn-Star Insurance Company®
United National Insurance Company®

# CLAIMS REPORTING PROCEDURES

Your GBLI | Global Indemnity team is committed to providing a quality claims service. In the event of a claim or a potential claim, there are three convenient ways to report the claim immediately.

## Report a Claim

- Online: www.gbli.com
- Call: 800-788-4780 (available 24/7)
- Email: claims@gbli.com

## Where to Send Supporting Documentation

- Email: claims@gbli.com
- Fax: 610-660-8885
- Mail: GBLI / Claims
  P.O. Box 532
  Willow Grove, PA 19090

FILED DATE: 10/31/2025 2:06 PM 2025L013579

## GBLI | GLOBAL INDEMNITY

## NOTICE TO POLICYHOLDERS – LOSS CONTROL ROOF ASSESSMENT

GBLI | Global Indemnity, which includes Diamond State Insurance Company®, Penn-America Insurance Company®, Penn-Patriot Insurance Company®, Penn-Star Insurance Company®, United National Insurance Company® and our affiliated companies and subsidiaries, may perform loss control roof assessments at no charge to the policyholders. We use an outside vendor to provide this loss control service. The loss control roof assessment may be completed in addition to any other loss control survey taking place. If any recommendations are made as a result of the loss control roof assessment, you will have a duty to comply.

The roof inspection company will contact you to make an appointment for the assessment. It is important that a person specified by you, who can answer roof-related questions regarding the facility, meet with our inspection company on the agreed upon date and time. The roof inspection company will need physical access to the roof areas to complete the assessment. If access to the roof is through a roof portal or set of stairs, please ensure the policyholder contact has a key available to unlock roof access areas. If no access is available through these means, the roof inspection company will provide its own means of roof access (ladders, lifts, etc.).

This notice does not guarantee that GBLI will conduct a loss control roof assessment during the policy term, but is notification that we may do so at our discretion.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

# ILLINOIS
# NOTICE TO POLICYHOLDERS

This notice is to advise you that should any complaints arise regarding this insurance, you may contact the Illinois Department of Insurance at http://insurance.illinois.gov/ or at one of the following addresses:

Illinois Department of Insurance
Consumer Division
122 S. Michigan Ave., 19th Floor
Chicago, IL 60603
or
320 West Washington Street
Springfield, IL 62767

Penn-Star Insurance Company
Three Bala Plaza East, Suite 300
Bala Cynwyd, PA 19004
Phone number 610-664-1500

FILED DATE: 10/31/2025 2:06 PM 2025L013579

GBLI
GLOBAL INDEMNITY

# COMMERCIAL INSURANCE POLICY

## Penn-Star Insurance Company ®

## A Stock Company / Non-Participating Company

**ADMINISTRATIVE OFFICES**

THREE BALA PLAZA EAST, BALA CYNWYD, PA 19004

610-664-1500

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law this policy shall not be valid unless countersigned by our authorized representative.

**Senior Vice President** **Secretary**

**GBLI9900 12 23**

# COMMERCIAL LINES COMMON POLICY DECLARATIONS

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BY AN "X":** Stock Company

☐ **PENN-AMERICA INSURANCE COMPANY**

☒ **PENN-STAR INSURANCE COMPANY**

☐ **PENN PATRIOT INSURANCE COMPANY**

**Bala Cynwyd, Pennsylvania 19004**

NEW
Renewal of Number

Rewrite of Number

--
**State Control Number**

(NO FLAT CANCELLATION)

**POLICY NUMBER:** PAV0478527

1. **NAMED INSURED:** ITAM ENTERPRISES LLC
   **DBA:**

   **MAILING ADDRESS:** 13171 W Hunt Lane
   Lemont, IL 60439

2. **POLICY PERIOD:** From March 1, 2024 To March 1, 2025 at 12:01 A.M. Standard Time at your mailing address shown above.

3. **FORM OF BUSINESS:** Limited Liability Company **OTHER DESC:**

4. **BUSINESS DESCRIPTION:** MIXED USE LRO

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

5. **THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| | | **PREMIUM** |
|---|---|---|
| Commercial General Liability Coverage Part | $ | 1,639.00 |
| Commercial Property Coverage Part | $ | 4,653.00 |
| Commercial Crime Coverage Part | $ | NOT COVERED |
| Commercial Inland Marine Coverage Part | $ | NOT COVERED |
| Professional Liability Coverage Part | $ | NOT COVERED |
| Liquor Liability Coverage Part | $ | NOT COVERED |
| Commercial Umbrella Coverage Part | $ | NOT COVERED |
| Owners Contractors Protective Coverage Part | $ | NOT COVERED |
| TRIA | $ | NOT COVERED |
| 6. **TOTAL PREMIUM PAYABLE AT INCEPTION** | $ | 6,292.00 |
| Policy Fee | $ | 200.00 |
| Surplus Lines Tax | $ | 220.00 |
| Municipal Tax | $ | 23.00 |
| Inspection Fee | $ | 150.00 |
| Stamping Fee | $ | 3.00 |
| | $ | |
| Other: | $ | |
| **TOTAL** | $ | 6,888.00 |

NOTICE TO POLICYHOLDER: This contract is issued pursuant to Section 445 of the Illinois Insurance Code, by a company not authorized and licensed to transact business in Illinois and as such is not covered by the Illinois Insurance Guaranty Fund.

7. **FORM(S) AND ENDORSEMENT(S) MADE A PART OF THIS POLICY AT THE TIME OF ISSUE:***
   **AS PER FORM S1007 (12/2000) SCHEDULE OF FORMS AND ENDORSEMENTS ATTACHED**

*Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations.

**THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

**Agency Code:** 02748
USG INSURANCE SERVICES, INC. - IL
79 West Monroe
Chicago, IL 60603
JB 02/29/2024

**By** [signature]
**Authorized Representative**

FILED DATE: 10/31/2025 2:06 PM 2025L013579

# COMMERCIAL LINES COMMON POLICY DECLARATIONS
# SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER: | NAMED INSURED: |
| --- | --- |
| PAV0478527 | Itam Enterprises LLC |

Form / Endorsement No. / Edition Date

COMMON POLICY

| | | |
| --- | --- | --- |
| GAA7540 | [01-23] | IMPORTANT NOTICE FOR POLICYHOLDERS REGARDING PUBLIC HEALTH EMERGENCY |
| GAA7538 | [01-23] | GLOBAL INDEMNITY PRIVACY NOTICE |
| GAA7539 | [01-23] | CLAIMS REPORTING PROCEDURES |
| GAA7541 | [01-23] | NOTICE TO POLICYHOLDERS – LOSS CONTROL ROOF ASSESSMENT |
| NAA176 | [07-16] | ILLINOIS NOTICE TO POLICYHOLDERS |
| GBLI9900 | [12-23] | GLOBAL INDEMNITY JACKET |
| S1100 | [09-16] | PENN-AMERICA COMMON POLICY DECLARATIONS |
| IL0017 | [11-98] | COMMON POLICY CONDITIONS |
| IL0021 | [09-08] | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT |
| IL0162 | [10-13] | IL CHANGES - DEFENSE COSTS |
| EAA207 | [02-15] | IL SERVICE OF SUIT |
| IL0985 | [12-20] | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT |
| S1003 | [08-91] | MINIMUM EARNED PREMIUM |
| GIL2000 | [01-23] | EXCLUSION - TERRORISM |
| IL0003 | [09-08] | CALCULATION OF PREMIUM |
| EPA1739 | [06-15] | CHANGES - ACTUAL CASH VALUE |

COMMERCIAL GENERAL LIABILITY

| | | |
| --- | --- | --- |
| S2000 | [06-01] | GL COVERAGE PART DECLARATIONS |
| CG0001 | [04-13] | CGL COVERAGE FORM |
| CG2018 | [12-19] | AI - MORTGAGEE, ASSIGNEE OR RECEIVER |
| CG0300 | [01-96] | DEDUCTIBLE LIABILITY INSURANCE |
| CG2107 | [05-14] | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - LIMITED BODILY INJURY EXCEPTION NOT INCLUDED |
| CG2109 | [06-15] | EXCLUSION - UNMANNED AIRCRAFT |
| CG2144 | [04-17] | LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT |
| CG2147 | [12-07] | EMPLOYMENT RELATED PRACTICES EXCL |
| CG2149 | [09-99] | TOTAL POLLUTION EXCLUSION ENDORSEMENT |
| CG2132 | [05-09] | COMMUNICABLE DISEASE EXCLUSION |
| CG2167 | [12-04] | FUNGI OR BACTERIA EXCLUSION |
| CG2196 | [03-05] | SILICA OR SILICA-RELATED DUST EXCLUSION |
| CG2426 | [04-13] | AMENDMENT OF INSURED CONTRACT DEFINITION |
| GCG2023 | [04-23] | EXCLUSION - ASBESTOS |
| CG4032 | [05-23] | EXCLUSION – PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES (PFAS) |
| GCG2008 | [04-23] | EXCLUSION – CYBER AND DATA LIABILITY |
| GCG2030 | [04-23] | EXCLUSION – PUNITIVE OR EXEMPLARY DAMAGES |
| GCG2032 | [04-23] | EXCLUSION – LEAD CONTAMINATION |
| GCG7504 | [04-23] | ANTI-STACKING ENDORSEMENT |

FILED DATE: 10/31/2025 2:06 PM 2025L013579

# COMMERCIAL LINES COMMON POLICY DECLARATIONS
# SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER: | NAMED INSURED: |
|---|---|
| PAV0478527 | Itam Enterprises LLC |

Form / Endorsement No. / Edition Date

| | | |
|---|---|---|
| CG4004 | [12-19] | EXCLUSION – EARTH MOVEMENT |
| GCG2004 | [09-22] | TOTAL EXCLUSION – PROFESSIONAL SERVICES |
| EPA1650 | [02-11] | INFESTATION AND VERMIN EXCLUSION |
| EPA1714 | [06-13] | EXCLUSION - DOG BITES |
| EPA1732 | [01-14] | HABITABILITY EXCLUSION |
| GCG2042 | [04-23] | EXCLUSION - ANIMALS |
| EPA1985 | [12-20] | EXCLUSION - HUMAN TRAFFICKING OR EXPLOITATION |
| EPA1772 | [01-17] | EXCLUSION - SWIMMING POOL |
| EPA1833 | [01-18] | NONCOOPERATION WITH AUDIT |
| EPA1885 | [06-18] | CANCER EXCLUSION |
| EPA2009 | [09-21] | ASSAULT OR BATTERY EXCLUSION |
| EPA1333 | [05-22] | EXCLUSION - FIREARMS AND OTHER WEAPONS |
| EPA1941 | [03-19] | AMUSEMENTS OR ACTIVITIES EXCLUSION |
| GCG7502 | [05-23] | LIMITATION OF COVERAGE TO DESIGNATED CLASSIFICATIONS OF OPERATIONS |
| CG4014 | [12-19] | CANNABIS EXCLUSION |

COMMERCIAL PROPERTY

| | | |
|---|---|---|
| EPA1828 | [10-17] | PRE-EXISTING DAMAGE EXCLUSION |
| EPA1992 | [04-21] | LIMITATIONS ON COVERAGE FOR ROOF SURFACING – ACV |
| S3000 | [08-09] | COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS |
| CP0010 | [10-12] | BUILDING AND PERSONAL PROPERTY COVERAGE FORM |
| CP0030 | [10-12] | BUSINESS INCOME (EXTRA EXPENSE) COVERAGE FORM |
| CP0090 | [07-88] | COMMERCIAL PROPERTY CONDITIONS |
| CP0140 | [07-06] | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| GCP7501 | [05-23] | FULLY EARNED PREMIUM – TOTAL LOSS OR CONSTRUCTIVE TOTAL LOSS |
| GCP2003 | [05-23] | EXCLUSION – VACANT BUILDING |
| GCP2000 | [10-22] | EXCLUSION - COSMETIC DAMAGE |
| GCP7500 | [03-23] | HEAT REQUIREMENT |
| CP0411 | [09-17] | PROTECTIVE SAFEGUARDS |
| CP1030 | [09-17] | CAUSE OF LOSS - SPECIAL FORM |
| CP1033 | [10-12] | THEFT EXCLUSION |
| CP1075 | [12-20] | CYBER INCIDENT EXCLUSION |
| CP9903 | [12-19] | CANNABIS EXCLUSION |
| EPA1925 | [12-18] | SINKHOLE COLLAPSE EXCLUSION |

FILED DATE: 10/31/2025 2:06 PM 2025L013579

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe or healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998  □

FILED DATE: 10/31/2025 2:06 PM 2025L013579



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".


© ISO Properties, Inc., 2007

FILED DATE: 10/31/2025 2:06 PM 2025L013579

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 

FILED DATE: 10/31/2025 2:06 PM 2025L013579



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – MORTGAGEHOLDERS ERRORS AND OMISSIONS COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

1. Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Employment-related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;
2. Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;
3. Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;
4. Section **A.** Coverage under the Legal Liability Coverage Form; and
5. Coverage **C** – Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

 © Insurance Services Office, Inc., 2013 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SERVICE OF SUIT CLAUSE - ILLINOIS

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS IN THIS POLICY

We appoint the highest State official in charge of insurance affairs (Commissioner of Insurance, Director of Insurance, Insurance Commissioner, Executive Secretary, Superintendent of Insurance, or such other official title as designated by the State) of the State of Illinois and his successor or successors in office as his and their duly authorized deputies, as our true and lawful attorney in and for the aforesaid State, upon whom all lawful process may be served in any action, suit or proceeding instituted in the said State by or on behalf of any insured or beneficiary against us, arising out of this insurance policy. It is requested that a copy of any process, suit complaint or summons is sent by certified or registered mail to:

Stephen Ries, Esquire
Penn-Star Insurance Company
Three Bala Plaza East
Suite 300
Bala Cynwyd, PA 19004

POLICY NUMBER: PAV0478527



**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts)** **$** 305.00<br>**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):**<br>Commercial General Liability Coverage Commercial Property Coverage<br><br>**Additional information, if any, concerning the terrorism premium:** |
| **SCHEDULE – PART II** |
| **Federal share of terrorism losses** **80 %**<br>(Refer to Paragraph **B.** in this endorsement.) |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

 © Insurance Services Office, Inc., 2020 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

 © Insurance Services Office, Inc., 2020 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Stock Company

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

**POLICY NUMBER:** PAV0478527

1. **NAMED INSURED:** ITAM ENTERPRISES LLC

2. **LIMITS OF INSURANCE - INSURANCE APPLIES ONLY FOR COVERAGE FOR WHICH A LIMIT OF INSURANCE IS SHOWN.**

| | | |
|---|---|---|
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit + | $ Included | |
| Each Occurrence Limit | $ 1,000,000 | |
| Personal & Advertising Injury Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | any one premises |
| Medical Expense Limit | $ 5,000 | any one person |

3. **LOCATIONS** of all premises you Own, Rent, or Occupy

| No. | | Address | City | State | Zip |
|---|---|---|---|---|---|
| No. 1 | 1 | 18659 Dixie Hwy | Homewood | IL | 60430 |

4. Classifications

| | CLASS ** | Code | PREMIUM BASIS / Exposure | RATES Prod/CO | RATES All Other | ADVANCE PREMIUM Prod/CO | ADVANCE PREMIUM All Other |
|---|---|---|---|---|---|---|---|
| No. 1 | Bldg 1 | 61212 | a) 10,000 | Incl | 125.487 | Included | 1,255.00 |
| No. 1 | Bldg 1 | 60010 | u) 2 | Incl | 191.829 | Included | 384.00 |

** If Classifications are Numbered, the coverage applies to the corresponding Location No.

Class 61212: Buildings or Premises - bank or office -mercantile or manufacturing (lessor's risk only) - Other than Not-For-Profit

**+PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT**

Class 60010: Apartment Buildings

**+PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT**

No.

No.

No.

** If Classifications are Numbered, the coverage applies to the corresponding Location No.

**TOTAL: $** 1,639.00

| | | | |
|---|---|---|---|
| (s) gross sales - per $1000 | (c) total cost - per $1000 | (m) admissions - per 1000 | (e) each |
| (p) payroll - per $1000 | (a) area - per 1000 sq. ft. | (u) units | (o) other |
| | (t) see classification notes in company or ISO Commercial Lines Manual | | |

5. **Policy may be AUDITABLE**

6. **SPECIFIC GENERAL LIABILITY FORMS/ENDORSEMENTS**

As per S1007 [12-00]

**This page alone does not provide coverage and must be attached to a Commercial Lines Common Policy Declarations Common Policy Conditions, Coverage Part Coverage Form(s) and any other applicable forms and endorsements.**

FILED DATE: 10/31/2025 2:06 PM 2025L013579



# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

 © Insurance Services Office, Inc., 2012 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

 © Insurance Services Office, Inc., 2012 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

 © Insurance Services Office, Inc., 2012 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

 © Insurance Services Office, Inc., 2012 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

 © Insurance Services Office, Inc., 2012 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

## COVERAGE C – MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

 © Insurance Services Office, Inc., 2012 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.


© Insurance Services Office, Inc., 2012

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

 © Insurance Services Office, Inc., 2012 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

 © Insurance Services Office, Inc., 2012 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

 © Insurance Services Office, Inc., 2012 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**MINIMUM EARNED PREMIUM**
**CANCELLATIONS AND AUDITS**

It is hereby understood and agreed that in the event of cancellation of coverage by the insured. the minimum earned premium under this policy shall be 25% of the policy premium.

It is further understood the minimum earned premium of this policy shall be 100% of the policy premium if the policy is in effect for the full term and the audit shows a lower exposure than estimated.

FILED DATE: 10/31/2025 2:06 PM 2025L013579



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name(s) Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| Marquette Bank<br><br>10000 W 151st St, Orland Park, IL 60462 | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee or receiver and arising out of the ownership, maintenance or use of the premises by you and shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and
2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or
2. Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

 © Insurance Services Office, Inc., 2018 

POLICY NUMBER: PAV0478527

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| **Coverage** | **Amount and Basis of Deductible** **PER CLAIM** | **or** **PER OCCURRENCE** |
|---|---|---|
| Bodily Injury Liability | $ 500 | $ |
| OR | | |
| Property Damage Liability | $ 500 | $ |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

 Copyright, Insurance Services Office, Inc., 1994 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:
   - **a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";
   - **b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or
   - **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:
     - **(1)** "Bodily injury";
     - **(2)** "Property damage"; or
     - **(3)** "Bodily injury" and "property damage" combined

   as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

1. Our right and duty to defend the insured against any "suits" seeking those damages; and
2. Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

 Copyright, Insurance Services Office, Inc., 1994 

FILED DATE: 10/31/2025 2:06 PM 2025L013579



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

 © Insurance Services Office, Inc., 2013 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

 © Insurance Services Office, Inc., 2014 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**(e)** "Bodily injury" or "property damage" arising out of:

**(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(ii)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.


© Insurance Services Office, Inc., 2014

FILED DATE: 10/31/2025 2:06 PM 2025L013579



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES, PROJECT OR OPERATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Premises:**<br>10000 W 151st St, Orland Park, IL 60462 |
| **Project Or Operation:** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** If this endorsement is attached to Commercial General Liability Coverage Form **CG 00 01,** the provisions under this Paragraph **A.** apply:

**1.** Paragraph **1.b.** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**b.** This insurance applies to "bodily injury" and "property damage" caused by an "occurrence" that takes place in the "coverage territory" only if:

**(1)** The "bodily injury" or "property damage":

**(a)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

**(b)** Arises out of the project or operation shown in the Schedule;

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**2.** Paragraph **1.b.** under **Section I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**b.** This insurance applies to "personal and advertising injury" caused by an offense committed in the "coverage territory" but only if:

**(1)** The offense arises out of your business:

**(a)** Performed on the premises shown in the Schedule; or

 © Insurance Services Office, Inc., 2016 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**(b)** In connection with the project or operation shown in the Schedule; and

**(2)** The offense was committed during the policy period.

However, with respect to Paragraph **1.b.(1)(a)** of this Insuring Agreement, if the "personal and advertising injury" is caused by:

**(1)** False arrest, detention or imprisonment; or

**(2)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

then such offense must arise out of your business performed on the premises shown in the Schedule and the offense must have been committed on the premises shown in the Schedule or the grounds and structures appurtenant to those premises.

**3.** Paragraph **1.a.** under **Section I – Coverage C – Medical Payments** is replaced by the following:

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident that takes place in the "coverage territory" if the "bodily injury":

**(1)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

**(2)** Arises out of the project or operation shown in the Schedule;

provided that:

**(a)** The accident takes place during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**B.** If this endorsement is attached to Commercial General Liability Coverage Form **CG 00 02,** the provisions under this Paragraph **B.** apply:

**1.** Paragraph **1.b.** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**b.** This insurance applies to "bodily injury" and "property damage" caused by an "occurrence" that takes place in the "coverage territory" only if:

**(1)** The "bodily injury" or "property damage":

**(a)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

**(b)** Arises out of the project or operation shown in the Schedule;

**(2)** The "bodily injury" or "property damage" did not occur before the Retroactive Date, if any, shown in the Declarations or after the end of the policy period; and

**(3)** A claim for damages because of the "bodily injury" or "property damage" is first made against any insured, in accordance with Paragraph **1.c.** of this Insuring Agreement, during the policy period or any Extended Reporting Period we provide under Section **V** – Extended Reporting Periods.

**2.** Paragraph **1.b.** under **Section I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**b.** This insurance applies to "personal and advertising injury" caused by an offense committed in the "coverage territory" but only if:

**(1)** The offense arises out of your business:

**(a)** Performed on the premises shown in the Schedule; or

**(b)** In connection with the project or operation shown in the Schedule;

**(2)** The offense was not committed before the Retroactive Date, if any, shown in the Declarations or after the end of the policy period; and

 © Insurance Services Office, Inc., 2016 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**(3)** A claim for damages because of the "personal and advertising injury" is first made against any insured, in accordance with Paragraph **1.c.** of this Insuring Agreement, during the policy period or any Extended Reporting Period we provide under Section **V –** Extended Reporting Periods.

However, with respect to Paragraph **1.b.(1)(a)** of this Insuring Agreement, if the "personal and advertising injury" is caused by:

**(1)** False arrest, detention or imprisonment; or

**(2)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

then such offense must arise out of your business performed on the premises shown in the Schedule and the offense must have been committed on the premises shown in the Schedule or the grounds and structures appurtenant to those premises.

**3.** Paragraph **1.a.** under **Section I – Coverage C – Medical Payments** is replaced by the following:

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident that takes place in the "coverage territory" if the "bodily injury":

**(1)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

**(2)** Arises out of the project or operation shown in the Schedule;

provided that:

**(a)** The accident takes place during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

 © Insurance Services Office, Inc., 2016 

FILED DATE: 10/31/2025 2:06 PM 2025L013579



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 © ISO Properties, Inc., 2006 

FILED DATE: 10/31/2025 2:06 PM 2025L013579



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

 Copyright, Insurance Services Office, Inc., 1998 

FILED DATE: 10/31/2025 2:06 PM 2025L013579



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2**. **Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

 © Insurance Services Office, Inc., 2008 

FILED DATE: 10/31/2025 2:06 PM 2025L013579



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

 © ISO Properties, Inc., 2003 

FILED DATE: 10/31/2025 2:06 PM 2025L013579



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 © ISO Properties, Inc., 2004 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

 © Insurance Services Office, Inc., 2012 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

This insurance does not apply to:

**Asbestos**

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "asbestos".

**2.** Any loss, cost or expense arising, in whole or in part, out of any:

**a.** Request, demand, order or statutory or regulatory requirement that any insured or any other person or entity test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "asbestos"; or

**b.** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "asbestos".

This exclusion will apply without regard to the source or sources of "asbestos", or the basis of the insured's alleged liability. This exclusion includes defects or negligence in design, construction or materials, or any other event, conduct or misconduct, which may have or is claimed to have precipitated, caused or acted jointly, concurrently or in any sequence with "asbestos" in causing "bodily injury", "property damage" or "personal and advertising injury".

**B.** The following is added to **SECTION V – DEFINITIONS**:

"Asbestos" means asbestos in any form, including without limitation:

**a.** Asbestos-containing dust, fibers, particles and compounds;

**b.** Serpentine asbestos and amphibole asbestos; or

**c.** Asbestos that includes the minerals chrysotile, actinolite, tremolite, anthophyllite, crocidolite, or amosite.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES (PFAS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Perfluoroalkyl And Polyfluoroalkyl Substances**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged, threatened or suspected inhalation, ingestion, absorption, consumption, discharge, dispersal, seepage, migration, release or escape of, contact with, exposure to, existence of, or presence of, any "perfluoroalkyl or polyfluoroalkyl substances".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "perfluoroalkyl or polyfluoroalkyl substances", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Perfluoroalkyl And Polyfluoroalkyl Substances**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged, threatened or suspected inhalation, ingestion, absorption, consumption, discharge, dispersal, seepage, migration, release or escape of, contact with, exposure to, existence of, or presence of, any "perfluoroalkyl or polyfluoroalkyl substances".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "perfluoroalkyl or polyfluoroalkyl substances", by any insured or by any other person or entity.

 © Insurance Services Office, Inc., 2022 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**C.** The following definition is added to the **Definitions** Section:

"Perfluoroalkyl or polyfluoroalkyl substances" means any:

**1.** Chemical or substance that contains one or more alkyl carbons on which hydrogen atoms have been partially or completely replaced by fluorine atoms, including but not limited to:

**a.** Polymer, oligomer, monomer or nonpolymer chemicals and their homologues, isomers, telomers, salts, derivatives, precursor chemicals, degradation products or by-products;

**b.** Perfluoroalkyl acids (PFAA), such as perfluorooctanoic acid (PFOA) and its salts, or perfluorooctane sulfonic acid (PFOS) and its salts;

**c.** Perfluoropolyethers (PFPE);

**d.** Fluorotelomer-based substances; or

**e.** Side-chain fluorinated polymers; or

**2.** Good or product, including containers, materials, parts or equipment furnished in connection with such goods or products, that consists of or contains any chemical or substance described in Paragraph **C.1.**

 © Insurance Services Office, Inc., 2022 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CYBER AND DATA LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following replaces Paragraph **2.p. Electronic Data** of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

This insurance does not apply to:

**Cyber and Data Liability**

Damages caused by, arising out of, attributable to, or in any way resulting from, directly or indirectly, in whole or part, by the misuse of any electronic device, website, portal, application, platform, internet or intranet, including but not limited to:

**(1)** Any actual, alleged or threatened unauthorized access to or use of any computer system (including electronic data);

**(2)** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation;

**(3)** The posting or hosting of data or other information;

**(4)** The acquisition, disclosure or amalgamation of electronic personal information or personally identifiable information, including the actual, alleged or threatened violation of the Illinois Biometric Information Privacy Act, the California Consumer Privacy Act, the New York City Administrative Code Biometric Identifier Information law, or any similar regulatory or statutory law in any other jurisdiction involving the collection, storage, dissemination, or disposal of biometric personally identifiable information;

**(5)** Any loss or damage to any computer system, including network equipment and programing, hardware or software;

**(6)** The function or malfunction of any electronic device, website, portal, application, platform, internet, or intranet;

**(7)** The loss of loss of use of, damage to, corruption of, inability to access or inability to manipulate electronic data;

**(8)** Any loss of access or denial of access to any electronic device, website, portal, application, platform, internet or intranet; or

**(9)** Any electronic device, website, portal, application, platform, internet, or intranet piracy, hacking or theft.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described above.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – PUNITIVE OR EXEMPLARY DAMAGES

This endorsement modifies insurance provided under the following**:**

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

This insurance does not apply to any claim of, or indemnification for, common law or statutory punitive or exemplary damages, or any multiplication of compensatory damages, including but not limited to those damages that may be imposed to punish a wrongdoer or to deter others from engaging in a similar behavior.

If a "suit" seeking both compensatory and punitive or exemplary damages has been brought against you for a claim covered by this policy, we will provide a defense for such "suit". We will not have any obligation to pay or reimburse any attorney's fees, interest, bonds, taxes, fees, fines, costs, or any other damages or expenses attributable to punitive or exemplary damages, or any multiplication of compensatory damages.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – LEAD CONTAMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B – PERSONAL AND ADVERTISING INJURY**:

This insurance does not apply to:

**Lead Contamination**

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of lead in any form; or

**2.** Any loss, cost or expense arising, in whole or in part, out of any:

   **a.** Request, demand, order or statutory or regulatory requirement that any insured or any other person or entity test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of lead in any form; or

   **b.** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead in any form.

This exclusion will apply without regard to the source or sources of lead, or the basis of the insured's alleged liability. This exclusion includes defects or negligence in design, construction or materials, or any other event, conduct or misconduct, which may have or is claimed to have precipitated, caused or acted jointly, concurrently or in any sequence with lead in any form in causing "bodily injury", "property damage" or "personal and advertising injury".


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ANTI-STACKING ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to **SECTION III – LIMITS OF INSURANCE**:

If this Coverage Form and any other Coverage Form or policy issued to you by us, or any company affiliated with us, applies to the same "occurrence", the maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy.

FILED DATE: 10/31/2025 2:06 PM 2025L013579



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – EARTH MOVEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to "bodily injury" or "property damage" arising out of "earth movement" that is:

**1.** Caused by or alleged to have been caused by, in whole or in part; or

**2.** Aggravated by or alleged to have been aggravated by;

"your work".

**B.** The following definition is added to the **Definitions** section:

"Earth movement" means:

**1.** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**2.** Landslide, including any earth sinking, rising or shifting related to such event;

**3.** Mine subsidence, meaning subsidence of a man-made mine whether or not mining activity has ceased; or

**4.** Earth sinking, rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

 © Insurance Services Office, Inc., 2018 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL EXCLUSION – PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE** and **COVERAGE B – PERSONAL AND ADVERTISING INJURY:**

This insurance does not apply to:

**Professional Services**

"Bodily injury", "property damage", or "personal and advertising injury" arising out of the rendering of or failure to render any professional service by you or on your behalf, including but not limited to:

**1.** Legal, accounting or advertising services;

**2.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings or specifications;

**3.** Inspection, supervision, quality control, architectural or engineering activities on a project on which you serve or at any time served as construction manager or in any other supervisory capacity;

**4.** Engineering services, including related supervisory or inspection services;

**5.** Medical, surgical, dental, X-ray or nursing services treatment, advice or instruction;

**6.** Any health or therapeutic service treatment, advice or instruction;

**7.** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

**8.** Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardiovascular fitness, bodybuilding or physical training programs;

**9.** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**10.** Body piercing and related services;

**11.** All services in and related to the practice of pharmacy;

**12.** All services related to law enforcement or firefighting; or

**13.** Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional service.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - TERRORISM

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

**A.** The following is added to the **Exclusions** section:

Notwithstanding any other provision of this policy to the contrary, this insurance does not apply to any loss, cost, expense, damage, injury or economic detriment, whether arising by contract, operation of law or otherwise, whether or not concurrent or in any sequence with any other cause or event, that in any way, form or manner, directly or indirectly, arises out of, results from or is caused by “terrorism”, and also including any action taken in hindering or defending against “terrorism”.

This exclusion does not affect the applicability of, and is in addition to, any exclusion of war, warlike or military action, whether or not specifically denominated as such.

**B.** The following is added to the **Definitions** section:

“Terrorism” means any act of force or violence or other illegal means, whether actual, alleged or threatened, by any person, persons, group, private or governmental entity or entities, or any other type of organization of any nature whatsoever, whether the identity of which is known or unknown, that appears to be for political, philosophical, religious, racial, ethnic, ideological, ecological or social purposes, objectives or motives and that causes or appears to be intended to cause:

**1.** Alarm, fright, fear of danger, concern or apprehension for public safety;

**2.** The interference or disruption of an electronic, communication, information or mechanical system;

**3.** The intimidation or coercion of the civilian population, or any governmental body; or

**4.** The alteration of the policies, foreign or domestic of any governmental body.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## INFESTATION AND VERMIN EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury":

I. Arising directly or indirectly out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of wild animals, birds, vermin, insects, rodents or feces from any of the foregoing, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to any "bodily injury", "property damage", or "personal and advertising injury";

II. Caused or alleged to have been caused by the removal, eradication, detoxification, remediation or decontamination of wild animals, birds, vermin, insects, rodents or feces from any of the foregoing, or property containing wild animals, birds, vermin, insects, rodents or feces from any of the foregoing;

III. Any loss, cost or expenses arising out of any:

A. Abating, testing for, monitoring, cleaning, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, wild animals, birds, vermin, insects, or rodents;

B. Request, demand, order or statutory or regulatory requirement that any insured take any of the actions described in III.A above; or

C. Demand, claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, wild animals, birds, vermin, insects or rodents;

IV. Any loss, cost or expense arising out of or sustained during any supervision, instructions, warnings, recommendations, or advice given or which was or should have been given in connection with I, II, or III, above; or

V. Any loss, cost or expense arising out of or sustained during any period of time when, as a direct result of any type of action described in I, II, III, or IV, above, habitation of, ingress to or egress from any real or personal property was thereby prevented.

This exclusion will apply without regard to the source or sources of the wild animals, birds, vermin, insects or rodents, or the basis of the insured's liability. This exclusion includes defects or negligence in design, construction or materials, or any other event,

FILED DATE: 10/31/2025 2:06 PM 2025L013579

conduct or misconduct, which may have or is claimed to have precipitated, caused or acted jointly, concurrently, or in any sequence with wild animals, birds, vermin, insects or rodents in causing the “bodily injury”, “property damage” or “personal and advertising injury”.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – DOG BITES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** Paragraph **2., SECTION 1- COVERAGES, -COVERAGE B- PERSONAL AND ADVERTISING INJURY LIABILITY,** and **COVERAGE C – MEDICAL PAYMENTS** Paragraph **2. Exclusions:**

**Dog Bites**

This insurance does not apply to “bodily injury,” “property damage,” “personal and advertising injury”, or medical expense arising out of, contributed to or aggravated by dog bites.

All other terms and conditions remain unchanged.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HABITABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SECTION I – COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Paragraph 2. **Exclusions,** and **SECTION I. COVERAGES, COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY**, Paragraph 2. **Exclusions**, as follows:

**Habitability Exclusion:**

Actual or alleged “bodily injury”, “property damage” or “personal and advertising injury” arising from any insured’s alleged:

1. Failure to maintain any premises in, or restore any premises to, a safe, sanitary, healthy, habitable and tenantable condition;
2. Violation of any federal, state or local laws and regulations pertaining to health and safety of any residential housing, including but not limited to rent stabilization laws and ordinances; or
3. Wrongful eviction from, wrongful entry into, either actual or constructive, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor.

All other terms and conditions of the policy remain unchanged.


Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission. Copyright, ISO Commercial Risk Services, Inc.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ANIMALS

This endorsement modifies insurance provided under the following**:**

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or in any way connected with any animal.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# EXCLUSION – HUMAN TRAFFICKING OR EXPLOITATION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

The following is added to Paragraph **2. Exclusions** of **SECTION** I – **COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

This insurance does not apply to:

**Human Trafficking Or Exploitation**

"Bodily injury", "property damage" or "personal and advertising injury" arising in whole or in part out of:

**1.** The actual or threatened "human trafficking or exploitation", prostitution, or slavery of or by any person, whether caused by or at the instigation of any insured, its "employee", "temporary worker", independent contractor or any other person;
**2.** The failure of any insured or anyone else for whom an insured is legally responsible to prevent, suppress or report to the proper authorities or emergency personnel "human trafficking or exploitation", prostitution or slavery;
**3.** The negligent:
- **a.** Employment;
- **b.** Investigation;
- **c.** Supervision;
- **d.** Training; or
- **e.** Retention

of any person for whom any insured is legally responsible and whose conduct would be excluded by **1.** or **2.** above.

"Human trafficking or exploitation" means any an act, threat, intimidation, coercion or coercive persuasion, including, but not limited to:

**1.** The use of human beings through fraud, force or coercion for personal satisfaction, sexual acts, forced labor, domestic servitude or financial gain;
**2.** The violation or alleged violation of any law or regulation regarding human or sex trafficking or human or sexual exploitation;
**3.** Acquisition, detainment, confinement, housing or transportation of a person against their will or by coercion for personal satisfaction, financial gain, or for harmful, offensive or illegal contact of a sexual nature; or
**4.** Harmful or offensive contact, including assault or battery or sexual abuse or molestation.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – SWIMMING POOL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" or "property damage" arising out of the ownership, maintenance, operation, existence or use of any swimming pool, whether such use is authorized or unauthorized.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRE-EXISTING DAMAGE EXCLUSION

This Endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

We will not pay for loss or damage caused directly or indirectly by damage to covered property which existed at or before the effective date of this policy. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

 Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission. Copyright, ISO Commercial Risk Services, Inc. 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NONCOOPERATION WITH AUDIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to **5. Premium Audit** of **Section IV– Commercial General Liability Conditions**:

Notwithstanding any policy provision to the contrary, failure of the first Named Insured to:

**1.** Fully cooperate with a premium audit at the close of a premium audit period: or

**2.** Pay additional premium generated by a premium audit, will result in:

  **a.** Cancellation of the current term policy and any renewal policy we issue, as applicable; and

  **b.** Our retention of any unearned premium.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANCER EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

The following is added to Paragraph **2. Exclusions** of **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and Paragraph **2. Exclusions** of **Section I – COVERAGES, COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

This insurance does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of any form of cancer, cancer growth or precancerous condition.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ASSAULT OR BATTERY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

This insurance does not apply to “bodily injury”, “property damage”, or “personal and advertising injury”, arising in whole or in part out of an “assault” or “battery”, whether or not:

**1.** Caused by, at the instigation of, or with the direct or indirect involvement of an insured, an insured's “employee”, subcontractor, “temporary worker”, “volunteer worker”, patron or any other person;

**2.** Caused by or arising out of an insured's failure to properly supervise or keep an insured's premises in a safe condition;

**3.** Caused by or arising out of any insured’s act or omission in connection with the prevention, suppression, or failure to warn of the “assault” or “battery”, including but not limited to, negligent hiring, training, supervision or retention; or

**4.** Caused by or arising out of negligent, reckless, or wanton conduct by an insured, an insured's “employees”, patrons or other persons.

**B.** The following is added to **SECTION V - DEFINITIONS**:

**1.** “Assault” means any intentional or attempted act or threat to inflict injury to another, including any conduct that could reasonably place another in apprehension of injury. “Assault” includes, but is not limited to, intimidation, harassment, and verbal abuse, and threatened physical injury, sexual abuse, sexual assault, or any other harmful or offensive contact between two or more persons.

**2.** “Battery” means the intentional or reckless physical contact with or any use of force against a person, including a physical altercation or dispute, sexual abuse, sexual molestation, or offensive touching, whether or not the actual injury inflicted is intended or expected. The use of force includes, but is not limited to, the use of a weapon.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATIONS ON COVERAGE FOR ROOF SURFACING – ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Location |
|---|---|---|
| 1 | 1 | 10000 W 151st St, Orland Park, IL 60462 |
| | | |
| | | |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

I. The following applies with respect to loss or damage by a **Covered Cause of Loss (including wind and hail if covered)** to a building or structure identified in the Schedule above.

Replacement Cost coverage (if otherwise applicable to such property) does not apply to roof surfacing over fifteen (15) years old, unless such roof surfacing has been totally replaced within fifteen (15) years before the effective day of the policy. Instead, we will determine the value of roof surfacing at actual cash value as of the time of loss or damage.

II. For the purpose of this endorsement:

A. Roof surfacing includes, but is not limited to, shingles, shake, tiles, slate, cladding, metal or synthetic sheeting or similar materials covering the roof. Roof surfacing also includes:

**a.** All materials used in securing the roof surface;
**b.** All materials applied to or under the roof surface for moisture protection; and
**c.** Roof flashing, caps and trim.

 Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission.
Copyright, ISO Commercial Risk Services, Inc. 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ANY FIREARM OR OTHER WEAPON

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **SECTION I – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY:**

This insurance does not apply to “bodily injury”, “property damage” or “personal and advertising injury” arising out of the use, sale, or demonstration of any firearm or other weapon by any person, whether or not caused:

**a.** By, at the instigation of, or with the direct or indirect involvement of you or your “employees”, patrons or other persons in, on, near or away from your premises;

**b.** By or arising out of your failure to properly supervise or keep your premises in a safe condition;

**c.** By or arising out of any insured’s act or omission in connection with the prevention, suppression or failure to warn, including but not limited to negligent supervision, hiring, employment, training or monitoring of others; or

**d.** By or arising out of negligent, reckless or wanton conduct by you, your “employees”, patrons or other persons.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMUSEMENTS OR ACTIVITIES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to **2. Exclusions** of SECTION **I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

**SCHEDULE**

Amusement or Activity:

This insurance does not apply to "bodily injury" to any person arising out of:

- **a.** Boats, submarines or any other floating objects;
- **b.** Trains or miniature automobile rides;
- **c.** Live animal rides or shows;
- **d.** Mechanical or other devices or equipment providing rides or activities for adults or children, including bungy jumping and ziplining; or
- **e.** Any amusement or activity shown in the Schedule above.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED CLASSIFICATIONS OF OPERATIONS

This endorsement modifies insurance provided under the following**:**

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This insurance applies only to "bodily injury", "property damage", "personal and advertising injury" and medical expenses arising out of only those operations designated, listed and described in the Commercial General Liability Coverage Part Declarations, under **CLASSIFICATION.**

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANNABIS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of:

**a.** The design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis"; or

**b.** The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

**2.** "Property damage" to "cannabis".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **A.1.** or **A.2.** above.

However, Paragraph **A.1.b.** does not apply to "bodily injury" or "property damage" arising out of the actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, or contact with, "cannabis" by:

**(1)** An insured; or

**(2)** Any other person for whom you are legally responsible

but only if the "bodily injury" or "property damage" does not arise out of your selling, serving or furnishing of "cannabis" to any person described above.

**B.** The exclusion in Paragraph **A.** does not apply to '"personal and advertising injury" arising out of the following offenses:

**1.** False arrest, detention or imprisonment; or

**2.** The wrongful eviction from, wrongful entry into, or invasion of the right or private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor.

**C.** The following definition is added to the **Definitions** section:

"Cannabis":

**1.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **C.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

**a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

**b.** Any compound, byproduct, extract, derivative, mixture or combination, such as:

**(1)** Resin, oil or wax;

**(2)** Hash or hemp; or

**(3)** Infused liquid or edible cannabis;

whether or not derived from any plant or part of any plant set forth in Paragraph **C.2.a.**

 © Insurance Services Office, Inc., 2018 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

# COMMERCIAL PROPERTY COVERAGE PART

Stock Company

## DECLARATIONS

**POLICY NUMBER:** PAV0478527

**NAMED INSURED:** Itam Enterprises LLC

| Prem. # \ Bldg.# | Location | Coverage | Limit of Insurance | Covered Causes of Loss | Valuation | Coins % | Rates | Premium Min Prem Indication |
|---|---|---|---|---|---|---|---|---|
| 1 / 1 | 18659 Dixie Hwy, Homewood, IL 60430 | Building | $1,000,000 | Special Excl Theft | ACV | 100% | 0.424 | $4,240.00 |
| 1 / 1 | 18659 Dixie Hwy, Homewood, IL 60430 | Business Income with Extra Expense | $165,000 | Special Excl Theft | N/A | 100% | 0.250 | $413.00 |
| / | | | | | | | | |
| / | | | | | | | | |
| / | | | | | | | | |
| / | | | | | | | | |

| Prem. # \ Bldg.# | Construction | Prot. Class | Occupancy | # of Stories | Yr. Built | Class Code |
|---|---|---|---|---|---|---|
| 1 / 1 | Joisted Masonry | 2 | Mixed Use LRO | 1 | 1989 | 100702 |
| 1 / 1 | Joisted Masonry | 2 | Mixed Use LRO | 1 | 1989 | 100702 |
| / | | | | | | |
| / | | | | | | |
| / | | | | | | |
| / | | | | | | |

**TOTAL** $4,653.00

**VALUATION:** If no valucation is indicated, an ACV will apply.
ACV = Actual Cash Value / AGREED = Agreed Value / RC = Replacement Cost

**MORTGAGE HOLDERS:**

| PREM # \ BLDG # | MORTGAGE HOLDER NAME | MORTGAGEE ADDRESS | MORTGAGEE CITY | STATE | ZIPCODE |
|---|---|---|---|---|---|

**DEDUCTIBLE:**
$2,500 -- All Other Perils
$2,500 -- Wind/Hail

**FORMS APPLICABLE:** See Schedule of Forms and Endorsements Attached.

This page alone does not provide coverage and must be attached to a Commercial Lines Common Policy Declarations Common Policy Conditions, Coverage Part Coverage Form(s) and any other applicable forms and endorsements.

FILED DATE: 10/31/2025 2:06 PM 2025L013579



# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

**Example 2**

| | | |
|---|---|---|
| Limit of Insurance: | | $ 90,000 |
| Amount of Deductible: | | $ 500 |
| Amount of Loss: | | $ 80,000 |
| Amount of Loss Payable: | | $ 79,500 |
| | | ($80,000 – $500) |
| Debris Removal Expense: | | $ 40,000 |
| Debris Removal Expense Payable | | |
| | Basic Amount: | $ 10,500 |
| | Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4).** Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance – Building 1: | $ 60,000 |
| Limit of Insurance – Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100
– 250
$ 59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

### 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1);**

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2);** and

**(4)** Subtract the deductible from the figure determined in Step **(3).**

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| | | |
|---|---|---|
| When: | The value of the property is: | $ 250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| | | |
|---|---|---|
| When: | The value of the property is: | $ 250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

| | | |
|---|---|---|
| When: | The value of the property is: | |
| | Building at Location 1: | $ 75,000 |
| | Building at Location 2: | $ 100,000 |
| | Personal Property at Location 2: | $ 75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $ 180,000 |
| | The Deductible is: | $ 1,000 |
| | The amount of loss is: | |
| | Building at Location 2: | $ 30,000 |
| | Personal Property at Location 2: | $ 20,000 |
| | | $ 50,000 |
| Step **(1)**: | $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below) | |
| Step **(2)**: | $180,000 ÷ $225,000 = .80 | |
| Step **(3)**: | $50,000 x .80 = $40,000 | |
| Step **(4)**: | $40,000 – $1,000 = $39,000 | |

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| | | |
|---|---|---|
| If: | The applicable Limit of Insurance is: | $ 100,000 |
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3),** subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

 © ISO Properties, Inc., 2007 

FILED DATE: 10/31/2025 2:06 PM 2025L013579



# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

**B. Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

**C. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**3. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Instead, we will determine the most we will pay using the following steps:

Step **(1):** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2):** Divide the Limit of Insurance for the described premises by the figure determined in Step **(1);** and

Step **(3):** Multiply the total amount of loss by the figure determined in Step **(2).**

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight – outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

| | | |
|---|---|---|
| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 150,000 |
| | The amount of loss is: | $ 80,000 |
| Step **(1):** | $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements) | |
| Step **(2):** | $150,000 ÷ $200,000 = .75 | |
| Step **(3):** | $80,000 x .75 = $60,000 | |

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

| | | |
|---|---|---|
| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**(2)** The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**(1)** The Limit of Insurance, multiplied by

**(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example**

| | | |
|---|---|---|
| When: | The Limit of Insurance is: | $ 120,000 |
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |
| | If, in this example, the actual amount of loss is: | |
| | Days 1–30: | $ 40,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 90,000 |
| | We will pay: | |
| | Days 1–30: | $ 30,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 80,000 |
| | The remaining $10,000 is not covered. | |

**3. Business Income Agreed Value**

**a.** To activate this Optional Coverage:

**(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

**(a)** During the 12 months prior to the date of the Work Sheet; and

**(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

**(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

**(a)** The Coinsurance percentage shown in the Declarations; multiplied by

**(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

**(1)** 12 months after the effective date of this Optional Coverage; or

**(2)** The expiration date of this policy;

whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit of Insurance; divided by

**(2)** The Agreed Value.

**Example**

| | | |
|---|---|---|
| When: | The Limit of Insurance is: | $ 100,000 |
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |
| Step **(1):** | $100,000 ÷ $200,000 = .50 | |
| Step **(2):** | .50 x $80,000 = $40,000 | |

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**F. Definitions**

**1.** "Finished stock" means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**2.** "Operations" means:

**a.** Your business activities occurring at the described premises; and

**b.** The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Rental Value" means Business Income that consists of:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

**(1)** Payroll; and

**(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** "Suspension" means:

**a.** The slowdown or cessation of your business activities; or

**b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579



# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

**2.** The coverage territory is:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.


Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

**a.** Someone insured by this insurance;

**b.** A business firm:

**(1)** Owned or controlled by you; or

**(2)** That owns or controls you; or

**c.** Your tenant.

This will not restrict your insurance.

 Copyright, ISO Commercial Risk Services, Inc., 1983, 1987 

FILED DATE: 10/31/2025 2:06 PM 2025L013579



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

 © ISO Properties, Inc., 2006 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FULLY EARNED PREMIUM – TOTAL LOSS OR CONSTRUCTIVE TOTAL LOSS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**A.** The following is added to Section **E. Loss Conditions**:

In the event of a "total loss" or "constructive total loss" to Covered Property caused by or resulting from a Covered Cause of Loss, the premium for that particular property where the loss occurred will be considered fully earned and will not be subject to short rate or pro rata adjustment, and no refund will be due.

**B.** The following are added to Section **H. Definitions**:

**1.** "Total loss" means property that has been destroyed or has sustained damage to such an extent that it cannot be recovered or repaired for further use.

**2.** "Constructive total loss" means property that has sustained damage to such an extent that the cost to repair, rebuild or replace the property exceeds its value.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VACANT BUILDING

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Paragraph **6. Vacancy** of Section **E. Loss Conditions** is deleted and replaced by the following:

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it:

**(i)** Does not contain enough business personal property to conduct customary operations; or

**(ii)** Is not being used to conduct customary operations of the tenant.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under active construction or renovation are not considered vacant.

**b. Vacancy Provisions**

We will not pay for loss or damage if the building where loss or damage occurs has been vacant for more than:

**(1)** 30 consecutive days before loss or damage occurs and is caused by Vandalism, even if it is a Covered Cause of Loss; or

**(2)** 60 consecutive days before loss or damage occurs and is caused by any other Covered Cause of Loss;

whether or not such vacancy condition began prior to the inception of this policy.


Includes copyrighted material of Insurance Service Office, Inc., with its permission.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - COSMETIC DAMAGE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

**A.** The following applies with respect to loss or damage to all locations shown in the Commercial Property Coverage Part Declarations:

We will not pay for "cosmetic damage" to any Building or Building Under Construction caused by wind or hail.

**B.** For the purpose of this endorsement, the following is added to **Definitions**:

"Cosmetic damage" means the marring, pitting or other superficial damage that altered the appearance of a Building or Building Under Construction, but such damage does not prevent the Building or Building Under Construction from continuing to act as a barrier to the elements to the same extent as it did before the damage occurred.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HEAT REQUIREMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

The following is added to the Commercial Property Conditions:

**Heat Requirement**

As a condition of this insurance, you are required to maintain heat at a level sufficient in buildings and other structures covered by this policy to prevent freezing of plumbing, heating, air conditioning and fire protection systems.

If you do not comply with this requirement, we will not pay for loss or damage to, caused by or resulting from the freezing of plumbing, heating, air conditioning or fire protection systems.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

POLICY NUMBER: PAV0478527



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 1 | 1 | P-9 |
| | | |
| | | |

**Describe Any "P-9":**

warrant "functioning smoke detectors must be in all habitational units and common hallways"

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss – Basic Form

Causes Of Loss – Broad Form

Causes Of Loss – Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System,** including related supervisory services.

 © Insurance Services Office, Inc., 2016 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

**"P-9",** the protective system described in the Schedule.

 © Insurance Services Office, Inc., 2016 

FILED DATE: 10/31/2025 2:06 PM 2025L013579



# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Ordinance Or Law**

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

 © Insurance Services Office, Inc., 2016 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4),** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.


© Insurance Services Office, Inc., 2016

FILED DATE: 10/31/2025 2:06 PM 2025L013579

But if any of the above, in Paragraphs **(1)** through **(5),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

FILED DATE: 10/31/2025 2:06 PM 2025L013579

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(2)** Changes in or extremes of temperature;

**(3)** Disease;

**(4)** Frost or hail; or

**(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

 © Insurance Services Office, Inc., 2016 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

 © Insurance Services Office, Inc., 2016 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

 © Insurance Services Office, Inc., 2016 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe caused by wear and tear, when the pipe is located off the described premises and is connected to or is part of a potable water supply system or sanitary sewer system operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

 © Insurance Services Office, Inc., 2016 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

POLICY NUMBER: PAV0478527

**COMMERCIAL PROPERTY**
**CP 10 33 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# THEFT EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS – SPECIAL FORM

**SCHEDULE**

| Premises Number | Building Number |
| --- | --- |
| 1 | 1 |
| | |
| | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

With respect to the location(s) indicated in the Schedule, the following is added to the **Exclusions** section:

We will not pay for loss or damage caused by or resulting from theft.

But we will pay for:

**1.** Loss or damage that occurs due to looting at the time and place of a riot or civil commotion; or

**2.** Building damage caused by the breaking in or exiting of burglars.

And if theft results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

 © Insurance Services Office, Inc., 2011 

FILED DATE: 10/31/2025 2:06 PM 2025L013579



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The following exclusion is added to Paragraph **B. Exclusions:**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

**1.** Unauthorized access to or use of any computer system (including electronic data).

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B. Exceptions And Limitations**

**1. Fire Or Explosion**

If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**2. Additional Coverage**

The exclusion in Paragraph **A.** does not apply to the extent that coverage is provided in the:

**a.** Additional Coverage – Electronic Data; or

**b.** Additional Coverage – Interruption Of Computer Operations.

**3. Electronic Commerce Endorsement**

The exclusion in Paragraph **A.** does not apply to the Electronic Commerce (E-Commerce) endorsement when attached to your policy.

**C. Vandalism**

The following is added to Vandalism, if Vandalism coverage is not otherwise excluded under the Standard Property Policy or the Causes Of Loss – Basic, Broad or Special Forms and if applicable to the premises described in the Declarations:

Vandalism does not include a cyber incident as described in Paragraph **A.**

 © Insurance Services Office, Inc., 2020 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANNABIS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** **Property Not Covered** is amended as follows:

"Cannabis" is added to **Property Not Covered.**

**C.** For the purpose of this endorsement, when Business Income (And Extra Expense) Coverage Form **CP 00 30,** Business Income (Without Extra Expense) Coverage Form **CP 00 32** and/or Extra Expense Coverage Form **CP 00 50** are indicated in the Declarations as being provided under this Policy, coverage under this Policy does not apply to that part of Business Income loss and/or Extra Expense incurred, due to a "suspension" of your "operations", which is attributable to the design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis".

**D.** For the purpose of this endorsement, the following definition is added:

"Cannabis":

**1.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **D.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

**a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

**b.** Any compound, by-product, extract, derivative, mixture or combination, such as:

**(1)** Resin, oil or wax;

**(2)** Hash or hemp; or

**(3)** Infused liquid or edible cannabis;

whether or not derived from any plant or part of any plant set forth in Paragraph **D.2.a.**

 © Insurance Services Office, Inc., 2019 

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# CHANGES - ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
INLAND MARINE COVERAGE PART
CRIME COVERAGE PART

The following is added to any provision which uses the term actual cash value:

Actual cash value is calculated as the amount it would cost to repair or replace Covered Property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for depreciation.

However, if Covered Property, at the time of loss or damage, has nominal or no economic value, or a value disproportionate to replacement cost less depreciation, the determination of actual cash value as set forth above is not required.

Actual cash value applies to valuation of Covered Property regardless of whether that property has sustained partial or total loss or damage.

The actual cash value of the lost of damaged property may be significantly less than its replacement cost.


Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission. Copyright, ISO Commercial Risk Services, Inc.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SINKHOLE COLLAPSE EXCLUSION

This endorsement modifies insurance provided under the following:

**CAUSES OF LOSS - BASIC FORM**
**CAUSES OF LOSS - BROAD FORM**
**CAUSES OF LOSS - SPECIAL FORM**
**STANDARD PROPERTY POLICY**

The following is added to **B. Exclusions**:

Sinkhole collapse coverage is deleted, as indicated in Paragraphs **1.** through **3.** below:

**1.** In the Causes of Loss - Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

**2.** In the Causes of Loss - Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage - Collapse; and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

**3.** In the Causes of Loss - Special Form, Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement Exclusion.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

# EXHIBIT 2

FILED DATE: 10/31/2025 2:06 PM 2025L013579

GBLI
GLOBAL INDEMNITY

RECEIVED
JUL 0 1 2025

**Francisco Paiz**
P: 480-337-1695
fpaiz@gbli.com

Diamond State Insurance Company®
Penn-America Insurance Company®
Penn-Patriot Insurance Company®
Penn-Star Insurance Company®
United National Insurance Company®

June 26, 2025

**VIA EMAIL: *mgerguis@dalyblack.com***
**AND FIRST-CLASS MAIL**

Itam Enterprises LLC
C/O Maria R. Gerguis
2211 Norfolk Street, Suite 300
Houston, Texas 77098-4031

| | | |
|---|---|---|
| **RE:** | **Insured:** | **Itam Enterprises LLC** |
| | **Policy Number:** | **PAV0478527** |
| | **Claimant:** | **Itam Enterprises LLC** |
| | **Claim:** | **24003439** |
| | **Reported Date Of Loss:** | **05/29/2024** |

Dear Sir/Madam

Penn-Star Insurance Company, under Policy PAV0478527, effective March 1, 2024, through March 1, 2025 provides coverage under the Special Form Cause of loss in the amount of $1,000,000.00 for the Building and $165,000.00 for Business Income with Extra Expense located at 18659 Dixie Hwy Homewood IL 60430. Coverage is written on an Actual Cash Value Cost basis under a Special Form Cause of loss form with a 100% coinsurance clause and a $2,500.00 deductible.

On May 27, 2025, we received a fax from your office stating that you represent our insured. Our field adjuster acknowledged your representation. As you are the 3rd attorney representing the insured, we are still requesting a re-inspection with your expert/s to meet with ours and to request any new information you may have regarding our findings. It is our understanding that you do not agree to allow us to test the roofing membrane.

This claim was denied on November 15, 2024. Originally this loss was reported with a date of loss of 5-29-24 on 7-26-24. Our field adjuster inspected the loss on August 19, 2024, and did not find any storm created openings or direct physical damage to the roof surfaces. He reported finding areas of prior repairs and ponding due to improper drainage. At the time of the inspection, the representative from Restore Masters, Mr. Wrona, did not accompany our adjuster during the roof inspection and in fact left before the inspection was completed. We engaged the services of EFI to assist in determining the cause and extent of the loss. For your review, we have attached a copy of the engineer's report along with the denial letter. A

FILED DATE: 10/31/2025 2:06 PM 2025L013579

GBLI
GLOBAL INDEMNITY



certified copy of the policy has been ordered and will follow under separate cover. We also included a hail report that was generated on 3-28-25.

After our denial of the claim, we received an email from one of the insured's Attorney, Andrew A. Wollner, co-counsel working with Adama Hicks of the Voss Law firm on 1-17-2025. He had submitted the same estimate you provided in the amount of $332,258.02. from Restore Masters. Upon review of the information, we requested a re-inspection with all parties. We had agreed that we would be cut into the roofing membrane to ascertain whether it has been compromised. After months of attempting to schedule the re-inspection on April 15, 2025, a date was agreed upon of May 5, 2025. Later that day on April 15, 2025, we received an email from the insured's attorneys, the Voss Law Firm and Mr. Wollner rescinding their LOR.

As of today's date, we have been unsuccessful in re-scheduling the re-inspection with you and your expert/s. Per the policy conditions we are requesting your cooperation in scheduling the re-inspection.

The policy reads in part:
…

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

…

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

GBLI
GLOBAL INDEMNITY



**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

...

If you have additional information that we have not considered, please contact the undersigned.

There may be other reasons which affect coverage in addition to those cited in this letter, and Penn-Star Insurance Company waives none of its rights in relation to raising any other applicable policy condition, provision or exclusion, which may affect coverage.

Waiving none and reserving to Penn-Star Insurance Company all of its rights and defenses under and pursuant to Policy PAV0478527.

Please call me at 800-245-1505 if you have any questions concerning your claim, or if I can be of further assistance. Please refer to the above claim number on any correspondence or have it available when calling our office. A copy of the engineer's report is attached.

Very truly yours,

*Francisco Paiz*

Francisco Paiz
Penn-Star Insurance Company
Claims Department

Enclosures: Penn-Star Letter dated 11-15-24 with EFI Global Engineering Report
CoreLogic Hail Verification Report

FILED DATE: 10/31/2025 2:06 PM 2025L013579

efi global

2055 Army Trail Road, Suite 106
Addison, Illinois 60101
Tel: 630.376.1164

# Roof Assessment

EFI Global File No.: 502.03915
October 29, 2024

ITAM Enterprises, LLC
18659 S. Dixie Highway
Homewood, IL 60430

Date of Loss (DOL): May 29, 2024
Claim No.: 24003439

Prepared For:
Global Indemnity Group
Attn: Francisco Paiz
fpaiz@gbli.com
CC:
Engle Martin & Associates
Attn: Adam Obaid
Adam.Obaid@EngleMartin.com

| Report Authored By: | Technical Review By: |
|---|---|
| CARL J. SCHOENBERGER 081-007629 LICENSED STRUCTURAL ENGINEER STATE OF ILLINOIS | |
| Carl J. Schoenberger, P.E., S.E.<br>District Engineering Principal<br>SE Expires: 11/30/2024 | Joseph A. Kraus, P.E.<br>Principal Engineer |

Firm Registration Number: IL 184004860-0006

This report is furnished as privileged and confidential to addressee. Release to any other company, concern or individual is the sole responsibility of addressee.
©2024 EFI Global, Inc.

FILED DATE: 10/31/2025 2:06 PM 2025L013579



## ASSIGNMENT

The assignment was received by EFI Global, Inc. (EFI) on September 17, 2024, from Adam Obaid with Engle Martin on behalf of Global Indemnity.

EFI has completed an engineering assessment at the subject property located at the above loss location. Our findings, analysis, and conclusions are included herein.

The scope of this assignment was to determine the cause of the reported roof damage and water intrusion.

In response to this request, Carl J. Schoenberger, P.E., S.E., (EFI) visited the site on October 2, 2024; the site visit was scheduled with the insured's attorney, Voss Law Firm. Present during the site visit were Jordan Wrona and his associate with RESTOREMASTERS, the contractor for the insured.

This report contains a discussion of the information gathered during the assessment and an analysis and conclusions with respect to the condition of the subject site at the time of EFI's assessment. The conclusions contained herein are based on information available to date.

## BACKGROUND

The following information was gathered during the engineering assessment through visual inspection, and conversations with those present:

- The age of the building and roof maintenance history is unknown.
- According to Mr. Wrona, he was unsure what exactly occurred on the Date of Loss, May 29, 2024.
- According to Mr. Wrona, there is no hail related damage being reported.
- According to Mr. Wrona, he was unsure exactly where any water damage was occurring or when the water damage started.
- No further information was provided by the insured or their attorney.

## METHODOLOGY FOR SITE ASSESSMENT

The roof was inspected for damage attributable to wind, which would affect the function of the roof covering. The function of the roof covering for the purposes of this report is: to shed water, last through its expected service life, and resist environmental elements. This assessment includes the gathering of such evidence to determine the effect of a storm at the subject property. Damage caused by the direct force of wind occurs first at the corners, hips, ridges, and edges of the roof. The field of the roof usually exhibits damage last due to direct winds since the wind pressure in the field of the roof is less than that at the corners and edges. Missing or displaced sections of membrane in the above referenced locations are generally associated with direct wind damage. Damage caused by wind borne debris can result in punctures in the membrane as these pieces of

FILED DATE: 10/31/2025 2:06 PM 2025L013579



debris impact the roof surface. typical indication of windborne debris impact. Windborne debris damage can occur anywhere on the roof.

Typical engineering protocol for a roofing examination for damage includes:

- A visual examination of the roof covering on the principal roof exposures.
- Gathering on-site data to determine the size, direction, and impact from a storm (hail or wind) related event.
- Review and research available weather information to corroborate on-site data.

## Building System Description

The building is a west facing masonry structure with retail spaces. The roof is covered with a modified bitumen asphalt membrane. Tenants include a gym, tattoo parlor, chiropractor, and Thrift Store (photo 1).

## Observations

Observations were photographed to document distress and relevant conditions at the subject property on the date of the site visit. Not all damage or distress that may be present was necessarily observed or photographed; however, the selected photographs provide an indication of their types, severity, and distribution. They may also document unusual or contributing conditions that may exist. Photographs taken to document our findings and observations are attached to this report. The following observations were noted during the engineering assessment:

- Observations were made from ground level for evidence of storm damage. No sections of displaced cladding etc. were identified (photos 1 to 4).
- The door to each tenant space was knocked on; only the gym and tattoo parlor were open and provided access. Inside the gym water staining was reported near the rear of the space, above a mechanical room where roof penetrations were present. No leaks were reported in the tattoo parlor (photos 5 to 7).
- A general examination of the low roof was performed. At the areas near the back of the gym, where the water staining was observed below, there was ponding water and separations at the base flashing near at least one roof penetration (photos 8 to 10).
- There were multiple overlay patches throughout the low roof area. According to Mr. Wrona he did not know why or when these patches were installed (photos 11 to 13).
- Multiple locations of open seams and separations were noted. These generally occurred at changes in membrane type or at areas of improper membrane termination. At many locations of termination there was either a loose termination bar, no termination bar, or no evidence of any attachment of the edge of the membrane (photos 14 to 21).

FILED DATE: 10/31/2025 2:06 PM 2025L013579



- The upper roof was examined. There were no overlay patch membranes present. Areas of open membrane terminations, seam repairs and patches were also identified. Marks had been placed on the roof prior to EFI's inspection (photos 22 to 26).

- In general, the following observations were made of both upper and lower roof areas:

  - There was no evidence of hail strikes found on the roof surface in the form of coating displacement, curvilinear surface cracks, or depressions in the membrane surface.

  - There were no sections of loose, torn, or displaced membrane, notable near the roof corners, where wind pressures are the highest.

## Weather Conditions at the Time of Loss

EFI obtained a Wind Verification Report from CoreLogic[1] for the subject property for all reported weather events within the past 10 years. CoreLogic uses a Verification Algorithm for a specific address or geographical coordinates to determine the dates and relative storm events. Note that the weather data is indicative of probable conditions based on an algorithm. Refer to the attached CoreLogic Wind Report for additional information.

- CoreLogic identifies wind speeds on an address (or GPS coordinate) specific basis. The wind verification report identifies wind speeds greater than 58 mph within 3 miles of the subject property. The date of loss field will ignore the 58-mph threshold and will report wind speeds down to 40 mph.

According to the Wind Verification report no winds greater than 40 MPH were detected within 3 miles of the subject property on the DOL and there were many other dates with wind reported; the most severe event occurred on August 10, 2020 (Figure 1).

[1] *http://www.corelogic.com/products/wind-verification.aspx/*

FILED DATE: 10/31/2025 2:06 PM 2025L013579



| Date | Estimated Maximum Windspeed | | | |
|---|---|---|---|---|
| | At Location | Within 1 Miles | Within 3 Miles | Within 5 Miles |
| 07/15/2024 | 63 MPH | 66 MPH | 74 MPH | 80 MPH |
| 05/29/2024 | No wind greater than 40 MPH detected | | | |
| 05/07/2024 | <40 MPH | 44 MPH | 58 MPH | 65 MPH |
| 07/28/2023 | 63 MPH | 64 MPH | 65 MPH | 65 MPH |
| 07/05/2023 | 55 MPH | 56 MPH | 64 MPH | 68 MPH |
| 08/03/2022 | 60 MPH | 62 MPH | 66 MPH | 69 MPH |
| 07/22/2022 | 46 MPH | 51 MPH | 58 MPH | 61 MPH |
| 04/13/2022 | 48 MPH | 54 MPH | 60 MPH | 60 MPH |
| 08/11/2021 | 59 MPH | 63 MPH | 63 MPH | 63 MPH |
| 08/10/2020 | 71 MPH | 77 MPH | 83 MPH | 83 MPH |
| 06/10/2020 | 52 MPH | 55 MPH | 61 MPH | 68 MPH |
| 06/09/2020 | 65 MPH | 68 MPH | 71 MPH | 71 MPH |
| 07/13/2019 | 57 MPH | 57 MPH | 59 MPH | 59 MPH |
| 06/26/2019 | 56 MPH | 60 MPH | 64 MPH | 65 MPH |
| 05/27/2019 | 49 MPH | 57 MPH | 72 MPH | 74 MPH |
| 02/24/2019 | 57 MPH | 58 MPH | 58 MPH | 59 MPH |
| 10/20/2018 | 57 MPH | 60 MPH | 63 MPH | 65 MPH |
| 05/13/2018 | 63 MPH | 64 MPH | 65 MPH | 65 MPH |
| 07/02/2017 | 57 MPH | 58 MPH | 58 MPH | 58 MPH |
| 06/22/2017 | 55 MPH | 58 MPH | 63 MPH | 63 MPH |
| 06/20/2017 | 48 MPH | 52 MPH | 61 MPH | 65 MPH |
| 02/28/2017 | 56 MPH | 61 MPH | 62 MPH | 63 MPH |

**Figure 1** – CoreLogic Wind Data

## Discussion and Analysis

Polymer modified bitumen roofs consist of an asphalt impregnated mesh that covered with a UV protectant coating. The asphalt-impregnated mat provides the moisture-resistant barrier. Numerous conditions observed on modified bitumen membrane are due to weathering, age, wear and tear, which can result in water intrusion.

- Alligator cracking results from asphalt sealant application that is too thick. As the sealant dries, the material shrinks, and cracks develop. Conversely, sealant that is too thin weathers easily, possibly exposing the substrate below.

- Micro-cracking occurs as the membrane ages, it shrinks, causing small cracks to appear on the surface of the membrane. Collectively these cracks can allow water to enter beneath the membrane and saturate the insulation layer below.

- Blisters, in the form of wrinkles and bubbles, are acute phenomena that are usually spread across a roof area at varying locations. Blisters result from moisture, condensation, or vapor trapped within the membrane during application or from voids in the hot mopping or torch down process. Blisters weather more rapidly than flat membrane surfaces. Note

FILED DATE: 10/31/2025 2:06 PM 2025L013579



that the source of the moisture can be from micro-cracks in the membrane, condensation, humidity open seams, and other breaches in the roof system and flashing.

- A common source of low-slope roof leaks is related to ponding water. Low slope roofs should never be built level because that would hinder the ability of the roof to drain properly. A roof with standing water for more than 48 hours after rainfall is considered a ponding roof Ponding water on any membrane roof is not acceptable since no roof covering is completely impervious to the penetrations of moisture. Minute cracks in the membrane, missing granules, blistering, open seams, hail damage, etc., all permit moisture to bypass the membrane when the roof is covered with water. This promotes growth of fungi and bacteria which along with the moisture itself, tend to weaken the membrane and can ultimately cause interior leaks.

As wind moves over a roof surface, its effects are not uniform. Wind varies in intensity, duration, direction, and turbulence. The location of damage on a building will also be affected by the orientation of the wind to the roof structure and by the shape of the roof. Certain regions of the roof will experience higher uplift pressures. Uplift is strongest at areas of the building where the wind loses laminar flow, such as at the rakes, ridges, corners, and eaves (edges) of the roof. Roof damage associated with elevated wind forces will typically originate at these locations and extend into the fields of the roof. However, damage may also occur in the field of the roof where the covering was not fully bonded. This creates a "zipper effect" as a portion of the roofing material is lifted, more of the surface of that material will be exposed to wind and it will be more easily displaced or blown off the roof.

Wind damage can be classified in two major categories:

- Direct damage: Damage caused by the direct force of the wind.
    - Direct damage occurs first at the corners, hips, ridges, and edges of the roof. The field of the roof usually exhibits damage last due to direct winds as wind pressure in the field of the roof is less than that at the corners and edges.
- Indirect damage: Damage caused by wind borne debris.
    - Scrapes, gouges, or cuts in the roof membrane are a typical indication of windborne debris impact. Windborne debris damage can occur anywhere on the roof.

There was no evidence of wind damage on the roof. The separations at the membrane edges are due to improper installation of the membrane terminations and age, wear and tear. All the interior water damage can be attributed to age, wear and tear, and ponding water. There was no hail damage noted and no storm created openings were identified.

FILED DATE: 10/31/2025 2:06 PM 2025L013579



## CONCLUSIONS AND RECOMMENDATIONS

The analysis of available evidence related to this project supports the following:

1. There was no storm related (wind or hail) damage noted, and no storm created openings were identified.
    a. The separations at the membrane edges are due to improper installation of the membrane terminations, and age, wear and tear.
2. All the interior water damage can be attributed to age, wear and tear, and ponding water.
    a. The evidence of widespread patches on the roofs is indicative of ongoing roof leaks.

## APPENDICES

Representative photographs are included with this report. Additional photographs taken at the time of the inspection are available upon request.

- Appendix A – Photographs (26)
- Appendix B – CoreLogic Wind Verification Report

## LIMITATIONS

The information presented in this report addresses the limited objectives related to the evaluation of this assignment. The opinions presented in this report have been made to a reasonable degree of scientific and engineering certainty based upon the information available at the time this report was authored. This report only describes the conditions present at the time of EFI's examination and is only based upon the observations made. This analysis was limited to the scope of work outlined in this report. This report is not intended to fully delineate or document every defect or deficiency throughout the subject property.

The opinions contained within this report are limited to the circumstances associated with this assignment, and are based on this author's education, experience, and training. Should additional information which relates to this evaluation become known, EFI reserves the right to alter the opinions contained in this report as necessary. In some cases, additional studies may be warranted to fully evaluate conditions noted.

This report is furnished as privileged and confidential to the addressee. Release to any other company, concern, or individual is solely the responsibility of the addressee. Any verbal statements made before, during, or after the course of the assignment were made as a courtesy only and are not considered a part of this report. Any reuse of this report or the findings, conclusions, or recommendations presented herein without the express written consent of EFI is prohibited.

FILED DATE: 10/31/2025 2:06 PM 2025L013579



## CLOSING

EFI appreciates this opportunity to provide consulting services related to this matter. Please contact us should any questions arise concerning this report, or if we may be of further assistance.

## ENGINEER STAMP

This report has been electronically signed and sealed by this author on the referenced date. It is a violation of law for any person to alter this document in any way, unless acting under the direction of a licensed engineer. If a document bearing the seal of an engineer is altered, the altering engineer shall affix to the document their seal and the notation "altered by" followed by their signature and the date of such alteration, and a specific description of the alteration.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

# APPENDIX A

## PHOTOGRAPHS

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Insured: ITAM Enterprises, LLC
EFI Global File No.: 502.03915
Date: October 29, 2024




Photo No. 1: Front (west) elevation.



Photo No. 2: Side (south) elevation.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Insured: ITAM Enterprises, LLC
EFI Global File No.: 502.03915
Date: October 29, 2024



Photo No. 3: Rear (east) elevation.



Photo No. 4: Side (north) elevation.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Insured: ITAM Enterprises, LLC
EFI Global File No.: 502.03915
Date: October 29, 2024



Photo No. 5: Utility closet at rear of gym.



Photo No. 6: Water stains on ceiling near HVAC penetrations.

FILED DATE: 10/31/2025 2:06 PM 2025L013579





Photo No. 7: Water stains on ceiling at rear.



Photo No. 8: General view of low roof.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Insured: ITAM Enterprises, LLC
EFI Global File No.: 502.03915
Date: October 29, 2024



Photo No. 9: Ponding water at rear of roof near leak in gym and note roof penetrations.



Photo No. 10: Separation at vent stack flashing.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Insured: ITAM Enterprises, LLC
EFI Global File No.: 502.03915
Date: October 29, 2024



Photo No. 11: Patch at front.



Photo No. 12: Roof overlay.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Insured: ITAM Enterprises, LLC
EFI Global File No.: 502.03915
Date: October 29, 2024



Photo No. 13: Roof overlay.



Photo No. 14: Open seam at overlay.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Insured: ITAM Enterprises, LLC
EFI Global File No.: 502.03915
Date: October 29, 2024



Photo No. 15: Open seam at overlay.




Photo No. 16: Seam separation.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Insured: ITAM Enterprises, LLC
EFI Global File No.: 502.03915
Date: October 29, 2024



Photo No. 17: Seam separation and past repair.



Photo No. 18: Seam separation and standing water in gutter.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Insured: ITAM Enterprises, LLC
EFI Global File No.: 502.03915
Date: October 29, 2024



Photo No. 19: Improper membrane termination at gutter.



Photo No. 20: Improper membrane termination at wall.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Insured: ITAM Enterprises, LLC
EFI Global File No.: 502.03915
Date: October 29, 2024



Photo No. 21: Improper membrane termination at coping.



Photo No. 22: View of upper roof.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Insured: ITAM Enterprises, LLC
EFI Global File No.: 502.03915
Date: October 29, 2024



Photo No. 23: View of upper roof.



Photo No. 24: Patch at seam.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Insured: ITAM Enterprises, LLC
EFI Global File No.: 502.03915
Date: October 29, 2024



Photo No. 25: Separation at seam (roof marked prior to inspection).



Photo No. 26: Separation at termination bar.

FILED DATE: 10/31/2025 2:06 PM 2025L013579



# APPENDIX B

## CORELOGIC WIND VERIFICATION REPORT

FILED DATE: 10/31/2025 2:06 PM 2025L013579



CoreLogic

Weather Verification Services

# Wind Verification Report

| | |
|---|---|
| Claim or Reference # | 24003439 502.03915 |
| Insured/Property Owner | ITAM Enterprises, LLC |
| Address | 18659 Dixie Highway<br>Homewood, IL 60430 |
| Coordinates | Latitude 41.550368, Longitude -87.664702 |
| Reported Date Of Loss | 05/29/2024 |
| Date Range | 10/22/2014 to 10/21/2024 |
| Report Generated | 10/22/2024 |

## Storm Events

| | Estimated Maximum Windspeed | | | |
|---|---|---|---|---|
| Date | At Location | Within 1 Miles | Within 3 Miles | Within 5 Miles |
| 07/15/2024 | 63 MPH | 66 MPH | 74 MPH | 80 MPH |
| 05/29/2024 | No wind greater than 40 MPH detected | | | |
| 05/07/2024 | <40 MPH | 44 MPH | 58 MPH | 65 MPH |
| 07/28/2023 | 63 MPH | 64 MPH | 65 MPH | 65 MPH |
| 07/05/2023 | 55 MPH | 56 MPH | 64 MPH | 68 MPH |
| 08/03/2022 | 60 MPH | 62 MPH | 66 MPH | 69 MPH |
| 07/22/2022 | 46 MPH | 51 MPH | 58 MPH | 61 MPH |
| 04/13/2022 | 48 MPH | 54 MPH | 60 MPH | 60 MPH |
| 08/11/2021 | 59 MPH | 63 MPH | 63 MPH | 63 MPH |
| 08/10/2020 | 71 MPH | 77 MPH | 83 MPH | 83 MPH |
| 06/10/2020 | 52 MPH | 55 MPH | 61 MPH | 68 MPH |
| 06/09/2020 | 65 MPH | 68 MPH | 71 MPH | 71 MPH |
| 07/13/2019 | 57 MPH | 57 MPH | 59 MPH | 59 MPH |
| 06/26/2019 | 56 MPH | 60 MPH | 64 MPH | 65 MPH |
| 05/27/2019 | 49 MPH | 57 MPH | 72 MPH | 74 MPH |
| 02/24/2019 | 57 MPH | 58 MPH | 58 MPH | 59 MPH |
| 10/20/2018 | 57 MPH | 60 MPH | 63 MPH | 65 MPH |
| 05/13/2018 | 63 MPH | 64 MPH | 65 MPH | 65 MPH |
| 07/02/2017 | 57 MPH | 58 MPH | 58 MPH | 58 MPH |
| 06/22/2017 | 55 MPH | 58 MPH | 63 MPH | 63 MPH |
| 06/20/2017 | 48 MPH | 52 MPH | 61 MPH | 65 MPH |
| 02/28/2017 | 56 MPH | 61 MPH | 62 MPH | 63 MPH |

©2024 CoreLogic Spatial Solutions LLC

FILED DATE: 10/31/2025 2:06 PM 2025L013579



| | Estimated Maximum Windspeed | | | |
|---|---|---|---|---|
| Date | At Location | Within 1 Miles | Within 3 Miles | Within 5 Miles |
| 07/13/2016 | 65 MPH | 66 MPH | 66 MPH | 66 MPH |
| 02/19/2016 | 63 MPH | 65 MPH | 65 MPH | 65 MPH |

- Wind dates begin at 6am CST on the indicated day and end at 6am CST the following day.
- Report contains all events where wind of 58 MPH or greater was detected within 3 miles of the location.
- Wind speeds within this report represent 3-second wind gusts at 10 meters, starting at 40 MPH and increasing in 1 MPH increments.
- Date of loss field will ignore the normal threshold of 58 MPH within 3 miles, and will report any wind speed down to 40 MPH.
- Date of loss is now a 72-hour window around the specified date. The report will show the highest wind speed detected within this window and list the relevant date. If wind occurs 24 hours before or after, those dates will also be included.

©2024 CoreLogic Spatial Solutions LLC

FILED DATE: 10/31/2025 2:06 PM 2025L013579



# More Information

Storm dates begin at 6 am CST on the reported day and end at 6 am the following day.

Events between 10/22/2014 and 10/21/2024. The shaded cells indicate wind speed.

| | | |
|---|---|---|
| 58 MPH - 64 MPH | 65 MPH - 69 MPH | 70 MPH + |

©2024 CoreLogic Spatial Solutions LLC

FILED DATE: 10/31/2025 2:06 PM 2025L013579

# Important Legal Notice and Disclaimer

THIS REPORT AND THE CORRESPONDING DATA IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND ONLY FOR INTERNAL USE BY THE INITIAL PURCHASER/END-USER RECIPIENT HEREOF. NOTWITHSTANDING THE FOREGOING, SUCH PURCHASER/END-USER MAY SHARE THIS REPORT WITH THE OWNER OF THE PROPERTY THAT IS THE SUBJECT OF THE REPORT. CORELOGIC, INC. AND/OR ITS SUBSIDIARIES OR AFFILIATES ("CORELOGIC") DO NOT ASSUME, AND EXPRESSLY DISCLAIM LIABILITY FOR ANY LOSS OR DAMAGE RESULTING FROM THE USE OF, OR ANY DECISIONS BASED ON OR IN RELIANCE ON, THIS REPORT AND THE CORRESPONDING DATA

THIS REPORT AND THE CORRESPONDING DATA ARE FURNISHED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY, ACCURACY, COMPLETENESS, NON-INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE (EVEN IF THAT PURPOSE IS KNOWN TO CORELOGIC). SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO THE USER. IN THAT EVENT, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF THE REPORT AND TO THE DOLLAR AMOUNT OF THE REPORT.

THE CONTENTS OF THIS REPORT ARE PROTECTED BY APPLICABLE COPYRIGHT AND OTHER INTELLECTUAL PROPERTY LAWS AND MAY INCLUDE PROPRIETARY OR OTHER CONTENT OF THIRD PERSONS. NO PERMISSION IS GRANTED TO COPY, DISTRIBUTE, MODIFY, POST OR FRAME ANY TEXT, GRAPHICS, OR USER INTERFACE DESIGN OR LOGOS INCLUDED IN THIS REPORT. ALL USERS OF THIS REPORT AGREE TO HOLD HARMLESS CORELOGIC AND ITS AFFILIATES, EQUITY HOLDERS, DIRECTORS, OFFICERS, EMPLOYEES, CONTRACTORS, AGENTS, REPRESENTATIVES AND SUPPLIERS OF THIRD PARTY CONTENT FROM ANY USE OR MISUSE, MISAPPLICATION, ALTERATION OR UNAUTHORIZED DISCLOSURE OF THIS REPORT.

THIS NOTICE AND DISCLAIMER IS INTENDED TO FUNCTION IN HARMONY WITH THE CORELOGIC TERMS OF USE AVAILABLE ON THE WEATHER VERIFICATION SERVICES WEBSITE. IN THE EVENT OF ANY CONFLICT BETWEEN THE TWO DOCUMENTS, THE CORELOGIC TERMS OF USE SHALL GOVERN.

**Scan to Verify Authenticity**

*The original contents of this report are stored online in the original state provided by CoreLogic. Scan this QR Code and it will take you to a link to view the data and verify its authenticity.*

FILED DATE: 10/31/2025 2:06 PM 2025L013579



CoreLogic

Weather Verification Services

# Hail Verification Report

| | |
|---|---|
| Claim or Reference # | 24003439 |
| Insured/Property Owner | ITAM Enterprises, LLC |
| Address | 18659 Dixie Highway<br>Homewood , IL 60430 |
| Coordinates | Latitude 41.550368, Longitude -87.664702 |
| Reported Date Of Loss | 05/29/2024 |
| Date Range | 03/28/2015 - 03/27/2025 |
| Report Generated | 03/28/2025 |

## Storm Events

| | Estimated Maximum Hail Size | | | |
|---|---|---|---|---|
| Date | At Location | Within 1 mi | Within 3 mi | Within 5 mi |
| 05/29/2024 | **No hail greater than 0.75 inches detected** | | | |
| 02/27/2024 | <0.75 in | <0.75 in | 1.0 in | 1.5 in |
| 03/31/2023 | 0.75 in | 0.9 in | 1.0 in | 1.0 in |
| 05/23/2020 | <0.75 in | 0.75 in | 0.75 in | 0.9 in |
| 05/27/2019 | <0.75 in | <0.75 in | 1.5 in | 1.6 in |
| 02/28/2017 | 0.9 in | 1.1 in | 1.4 in | 1.4 in |

- Hail dates begin at 6am CST on the indicated day and end at 6am CST the following day.
- Hail sizes reported within this report start at 0.75 inches and increase in 0.1 inch increments; rounded to the nearest 0.1 inches.
- Report lists all events where hail 0.75 inches or greater was detected at location, within 1 mile, or 1.0 inch or greater within 3 miles.
- Provided date of loss field will ignore the normal threshold of 1.0 inches within 3 miles and report any hail that is at least 0.75 inches within 5 miles.
- Date of loss is now a 72-hour window around the specified date. The report will show the largest hail size detected within this window and list the relevant date. If hail occurs 24 hours before or after, those dates will also be included.
- This report was created utilizing CoreLogic's Hail Verification Technology 3.0.

FILED DATE: 10/31/2025 2:06 PM 2025L013579



# More Information

Storm dates begin at 6 am CST on the reported day and end at 6 am the following day. Hail measurements begin at 0.75 inches and increase in increments of 0.1 inch. This report includes all hail events between 03/28/2015 and 03/27/2025. The shaded cells indicate hail diameter and possible severity.

| +1.0 - 1.9 in | 2.0 - 2.9 in | 3.0 - 3.9 in |
|---|---|---|

Hail is measured in diameter, not circumference. A hail scale can be helpful to visualize storm activity that has occurred near a property.

| | |
|---|---|
| 0.5 in = standard size marble | 2.5 in = tennis ball |
| 0.75 in = penny | 2.75 in = baseball |
| 1 in = quarter | 3 in = large apple |
| 1.5 in = ping pong ball | 3.5 in = coffee cup |
| 1.75 in = golf ball | 4 in = grapefruit |
| 2 in = hen egg | 4.5 in = softball |

# About Our Hail Data

CoreLogic's Hail Verification Technology (HVT) 3.0 is the latest in advanced tools for hail detection and verification, delivering industry leading accuracy and confidence for customers. We leverage all available weather radar variables for our experienced science and analytic teams to detect large and small hail with high accuracy. HVT 3.0 also incorporates the highest spatiotemporal resolution data available, incorporating an overall enhancement of at least 8x in resolution. This provides a clear analysis of forensic modeling of potential severity and complexity of hail activity. CoreLogic's HVT 3.0 technology also uses a robust ground truth validation process, ensuring our hail model accurately reflects the hail sizes on the ground. By combining our experts' knowledge with high-resolution data, we enhance the accuracy of hail event detection, providing a clearer understanding of the event's complexity and severity. This empowers customers to make more informed and timely decisions.

©2025 CoreLogic Spatial Solutions LLC

FILED DATE: 10/31/2025 2:06 PM 2025L013579



# Important Legal Notice and Disclaimer

THIS REPORT AND THE CORRESPONDING DATA IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND ONLY FOR INTERNAL USE BY THE INITIAL PURCHASER/END-USER RECIPIENT HEREOF. NOTWITHSTANDING THE FOREGOING, SUCH PURCHASER/END-USER MAY SHARE THIS REPORT WITH THE OWNER OF THE PROPERTY THAT IS THE SUBJECT OF THE REPORT. CORELOGIC, INC. AND/OR ITS SUBSIDIARIES OR AFFILIATES ("CORELOGIC") DO NOT ASSUME, AND EXPRESSLY DISCLAIM LIABILITY FOR ANY LOSS OR DAMAGE RESULTING FROM THE USE OF, OR ANY DECISIONS BASED ON OR IN RELIANCE ON, THIS REPORT AND THE CORRESPONDING DATA

THIS REPORT AND THE CORRESPONDING DATA ARE FURNISHED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY, ACCURACY, COMPLETENESS, NON-INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE (EVEN IF THAT PURPOSE IS KNOWN TO CORELOGIC). SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO THE USER. IN THAT EVENT, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF THE REPORT AND TO THE DOLLAR AMOUNT OF THE REPORT.

THE CONTENTS OF THIS REPORT ARE PROTECTED BY APPLICABLE COPYRIGHT AND OTHER INTELLECTUAL PROPERTY LAWS AND MAY INCLUDE PROPRIETARY OR OTHER CONTENT OF THIRD PERSONS. NO PERMISSION IS GRANTED TO COPY, DISTRIBUTE, MODIFY, POST OR FRAME ANY TEXT, GRAPHICS, OR USER INTERFACE DESIGN OR LOGOS INCLUDED IN THIS REPORT. ALL USERS OF THIS REPORT AGREE TO HOLD HARMLESS CORELOGIC AND ITS AFFILIATES, EQUITY HOLDERS, DIRECTORS, OFFICERS, EMPLOYEES, CONTRACTORS, AGENTS, REPRESENTATIVES AND SUPPLIERS OF THIRD PARTY CONTENT FROM ANY USE OR MISUSE, MISAPPLICATION, ALTERATION OR UNAUTHORIZED DISCLOSURE OF THIS REPORT.

THIS NOTICE AND DISCLAIMER IS INTENDED TO FUNCTION IN HARMONY WITH THE CORELOGIC TERMS OF USE AVAILABLE ON THE WEATHER VERIFICATION SERVICES WEBSITE. IN THE EVENT OF ANY CONFLICT BETWEEN THE TWO DOCUMENTS, THE CORELOGIC TERMS OF USE SHALL GOVERN.

**Scan to Verify Authenticity**

*The original contents of this report are stored online in the original state provided by CoreLogic. Scan this QR Code and it will take you to a link to view the data and verify its authenticity.*

*©2024 CoreLogic, Inc. All rights reserved. Confidential. Reproduction or use in any form inconsistent with the licensed use is prohibited without express permission. While all of the content and information in this report is believed to be accurate, CoreLogic makes no guarantee, representation, or warranty, express or implied, including but not limited to as to the completeness, accuracy, applicability, or fitness, in connection with the content or information herein and assumes no responsibility or liability whatsoever for the content or information or any reliance thereon. CoreLogic® is the trademark of CoreLogic, Inc. or its affiliates or subsidiaries.*

FILED DATE: 10/31/2025 2:06 PM 2025L013579

# EXHIBIT 3

FILED DATE: 10/31/2025 2:06 PM 2025L013579

GBLI
GLOBAL INDEMNITY

Diamond State Insurance Company®
Penn-America Insurance Company®
Penn-Patriot Insurance Company®
Penn-Star Insurance Company®
United National Insurance Company®

**Francisco Paiz**
P: 480-337-1695
fpaiz@gbli.com

November 15, 2024

**VIA UPS GROUND**
**AND FIRST-CLASS MAIL**

Itam Enterprises LLC
C/O The Voss Law Firm
26619 Interstate 45
The Woodlands, TX 77380-1907

| | |
|---|---|
| **Insured:** | **Itam Enterprises LLC** |
| **Policy Number:** | **PAV0478527** |
| **Claimant:** | **Itam Enterprises LLC** |
| **Claim:** | **24003439** |
| **Reported Date of Loss:** | **05/29/2024** |

Dear Sir/Madam:

Penn-Star Insurance Company, under Policy PAV0478527, effective March 1, 2024, through March 1, 2025 provides coverage under the Special Form Cause of loss in the amount of $1,000,000.00 for the Building and $165,000.00 for Business Income with Extra Expense located at 18659 Dixie Hwy Homewood IL 60430. Coverage is written on an Actual Cash Value Cost basis under a Special Form Cause of loss form with a 100% coinsurance clause and a $2,500.00 deductible.

This loss was reported with a date of loss of 5-29-24 on 7-26-24. Our field adjuster inspected the loss on August 19, 2024, and did not find any storm created openings or direct physical damage to the roof surfaces. He reported finding areas of prior repairs and ponding due to improper drainage. At the time of the inspection, your representative, Mr. Wrona, did not accompany our adjuster during the roof inspection and in fact left before the inspection was completed. After reviewing the field adjuster's report, we engaged the services of EFI to assist in determining the cause and extent of the loss. For your review, we have attached a copy of the engineer's report.

Based on the findings of the field adjuster and the engineer's findings we must respectfully deny your claim for damages as there was no storm damage found, or storm created openings.

The policy reads in part:

FILED DATE: 10/31/2025 2:06 PM 2025L013579

GBLI
GLOBAL INDEMNITY



…

## CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

**A. Covered Causes of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

…

**2. d. (1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

…

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

…

FILED DATE: 10/31/2025 2:06 PM 2025L013579

GBLI
GLOBAL INDEMNITY



**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance; of part or all of any property on or off the described premises.

…

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

…

## EXCLUSION – COSMETIC DAMAGE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

FILED DATE: 10/31/2025 2:06 PM 2025L013579

GBLI
GLOBAL INDEMNITY



**A.** The following applies with respect to loss or damage to all locations shown in the Commercial Property Coverage Part Declaration:

We will not pay for "cosmetic damage" to any Building or Building Under Construction caused by wind or hail.

**B.** For the purpose of this endorsement, the following is added to **Definitions**:

"Cosmetic damage" means the marring, pitting or other superficial damage that altered the appearance of a Building or Building Under Construction, but such damage does not prevent the Building or Building Under Construction from continuing to act as a barrier to the elements to the same extent as it did before the damage occurred.

…

If you have additional information that we have not considered, please contact the undersigned.

There may be other reasons which affect coverage in addition to those cited in this letter, and Penn-Star Insurance Company waives none of its rights in relation to raising any other applicable policy condition, provision or exclusion, which may affect coverage.

Waiving none and reserving to Penn-Star Insurance Company all of its rights and defenses under and pursuant to Policy PAV0478527.

Part 919 of the rules of the Illinois Department of Insurance require we advise you that, if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave. 19th Floor, Chicago, Illinois 60603 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767.

Please call me at 800-245-1505 if you have any questions concerning your claim, or if I can be of further assistance. Please refer to the above claim number on any correspondence or have it available when calling our office. A copy of the engineer's report is attached.

Very truly yours,

*Francisco Paiz*

Francisco Paiz
Penn-Star Insurance Company
Claims Department

Attachment – EFI Engineering Report

FILED DATE: 10/31/2025 2:06 PM 2025L013579

# EXHIBIT 4

FILED DATE: 10/31/2025 2:06 PM 2025L013579

RESTOREMASTERS

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

| | | | |
|---|---|---|---|
| Insured: | Itam Enterprises LLC | E-mail: | i.abokheir@comcast.net |
| Property: | 18659 Dixie Highway<br>Homewood, IL 60462 | | |
| Estimator: | Jesus Dominguez | Business: | (800) 400-7663 |
| Business: | 400 E Los Colinas Blvd<br>Irving 75309 | E-mail: | jesus.<br>dominguez@restoermastersllc<br>.com |
| Contractor: | | Business: | (800) 400-7663 |
| Company: | Restore Masters LLC | | |
| Business: | 400 E Los Colinas Blvd<br>Irving 75309 | | |

**Claim Number:** **Policy Number:** **Type of Loss:** hail and wind damage

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 8/9/2024 10:15 AM |

| | |
|---|---|
| Price List: | ILCC8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | 18659 |

This is not a final invoice for the work this is an estimate only of what it will cost to get each line item completed. All of the line items are real and needed and can be verified with pictures and documentation. once work is agreed upon for a final amount of each line item we will send an actual invoice of all work completed or to be completed.
The scope of repair for this lost event is based on a visual inspection of the property. The estimated cost does not included any overtime and/or premium time for the completion of the documented scope of repair. The scope of repair quantities within this estimate are prevailing prices of building materials and labor in your area and are intended to restore the building to its pre-loss condition. The removal and/or testing of hazardous material, are not included within the scope of repairs. As with any repair project, this estimate reflects observable damage, but may require supplementation upon further inspection during the repair process. Any additions or modifications will be brought to the attention of both the building owner and/or the property manager before commencement. If you have any questions and/or concerns, please feel free to contact me at my phone number.
NOTE: ALL ROOF REPLACEMENTS ARE MADE PURSUANT TO IRC AND MANUFACTURER SPECIFICATIONS
REROOFING R907.1 General. Materials and methods of application used for re-covering or replacing an existing roof covering shall comply with the requirements of Chapter 9. Exception: Reroofing shall not be required to meet the minimum design slope requirement of one-quarter unit vertical in 12 units horizontal (2-percent slope) in Section R905 for roofs that provide positive roof drainage.
R907.2 Structural and construction loads. The structural roof components shall be capable of supporting the roof covering system and the material and equipment loads that will be encountered during installation of the roof covering system.
R907.3 Recovering versus replacement. New roof coverings shall not be installed without first removing all existing layers of roof coverings where any of the following conditions exist:

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

**18659**

### Staging

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. Commercial Supervision / Project Management - per hour | 16.00 HR | | 0.00 | 84.25 | 0.00 | 269.60 | 1,617.60 |
| *Necessary supervisor hours to ensure the job site is staged correctly for the ensured* | | | | | | | |
| 2. Telehandler/forklift (per day) - no operator | 2.00 DA | | 0.00 | 508.68 | 0.00 | 203.48 | 1,220.84 |
| 3. Safety Supervisor | 16.00 HR | | 0.00 | 68.21 | 0.00 | 218.28 | 1,309.64 |
| *Necessary hours to insure safety during material drop off and job site staging* | | | | | | | |
| 4. On site Flagger and ground guide | 32.00 HR | | 0.00 | 48.62 | 0.00 | 311.16 | 1,867.00 |
| *2 guys 8 hours a day each X 2 days. 1 labor for flagging the semi s during material / equipment drop off. 1 labor for guiding the forklift during material unloading for job site staging.* | | | | | | | |
| Totals: Staging | | | | | 0.00 | 1,002.52 | 6,015.08 |

## Exterior

## Roofing Systems

### Modfied Roofing System

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **ROOF:** | | | | | | | |
| 5. Remove Modified bitumen roof | 110.00 SQ | | 88.73 | 0.00 | 0.00 | 1,952.06 | 11,712.36 |
| 6. Modified bitumen roof | 123.20 SQ | | 0.00 | 537.26 | 1,552.65 | 13,548.62 | 81,291.70 |
| *added 12% waste factorn due to 4 in laps* | | | | | | | |
| 7. R&R Aluminum coating - with fiber | SF | | 0.33 | 1.01 | 0.00 | 0.00 | 0.00 |
| 8. Remove Flash parapet wall only - bitumen - over 3' up to 6' | 478.00 LF | | 5.83 | 0.00 | 0.00 | 557.34 | 3,344.08 |
| 9. Flash parapet wall only - bitumen - over 3' up to 6' | 549.70 LF | | 0.00 | 31.63 | 385.89 | 3,554.58 | 21,327.48 |
| *Factored 15% waste factor due to laps on paqrpet wall* | | | | | | | |
| 10. R&R Gutter - aluminum - 7" to 8" | 112.20 LF | | 0.88 | 24.39 | 151.37 | 597.34 | 3,584.01 |
| 11. R&R Downspouts - aluminum - 7" to 8" | 75.00 LF | | 0.88 | 24.39 | 101.18 | 399.30 | 2,395.73 |
| **INSULATION:** | | | | | | | |
| 12. Remove Insulation - ISO board, 2. 6" | 220.00 SQ | | 92.48 | 0.00 | 0.00 | 4,069.12 | 24,414.72 |
| *pending core sample* | | | | | | | |

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

**CONTINUED - Modfied Roofing System**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| ~~13. Insulation - ISO board, 2.6"~~ | ~~242.00 SQ~~ | | ~~0.00~~ | ~~462.22~~ | ~~3,850.27~~ | ~~23,141.50~~ | ~~138,849.01~~ |
| *Pending Further inspection . Code calls for R-30. 2 layers of 2.6in iso board. This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.* | | | | | | | |
| 14. Remove Fiberboard - 1" | 22,000.00 SF | | 1.07 | 0.00 | 0.00 | 4,708.00 | 28,248.00 |
| 15. Fiberboard - 1" | 24,200.00 SF | | 0.00 | 1.58 | 1,263.24 | 7,899.84 | 47,399.08 |
| **Accessories:** | | | | | | | |
| 16. R&R Pitch pan / pocket - up to 6" x 6" x 4" - galvanized | 4.00 EA | | 43.75 | 126.56 | 16.96 | 139.64 | 837.84 |
| 17. Remove Wall coping - clay - 18" | 186.00 LF | | 4.85 | 0.00 | 0.00 | 180.42 | 1,082.52 |
| 18. Wall coping - clay - 18" | 195.30 LF | | 0.00 | 40.16 | 449.09 | 1,658.48 | 9,950.82 |
| *Added 10% waste* | | | | | | | |
| 7/10/2024 down-net_http20240812-130-rdkib6 | | | | | | | |
| 19. Remove Aluminum termination bar / flashing for membrane roofs | 511.00 LF | | 1.03 | 0.00 | 0.00 | 105.26 | 631.59 |
| 20. Aluminum termination bar / flashing for membrane roofs | 533.90 LF | | 0.00 | 3.45 | 33.64 | 375.12 | 2,250.72 |
| *added 10% waste* | | | | | | | |
| 21. Remove 2" x 6" lumber (1 BF per LF) | 415.00 LF | | 1.05 | 0.00 | 0.00 | 87.16 | 522.91 |
| 22. 2" x 6" lumber (1 BF per LF) | 415.00 LF | | 0.00 | 3.72 | 31.37 | 315.04 | 1,890.21 |
| *Pending Further inspection* | | | | | | | |
| 23. R&R Curb flashing - bitumen | 84.00 LF | | 1.79 | 17.45 | 69.55 | 337.16 | 2,022.87 |
| 24. R&R Chimney flashing - large (32" x 60") | 3.00 EA | | 43.75 | 684.00 | 41.15 | 444.90 | 2,669.30 |
| 7/10/2024 down-net_http20240812-112-obq3k9 | | | | | | | |
| 25. R&R Furnace vent - rain cap and storm collar, 8" | 3.00 EA | | 18.75 | 119.95 | 15.60 | 86.36 | 518.06 |
| 26. Apply mastic around vent pipes to repair leakage | 5.00 EA | | 0.00 | 34.61 | 0.44 | 34.70 | 208.19 |
| 27. Remove Drip edge | 254.00 LF | | 0.57 | 0.00 | 0.00 | 28.96 | 173.74 |
| 28. Install Custom bent aluminum (PER LF) | 254.00 LF | | 0.00 | 38.82 | 0.00 | 1,972.06 | 11,832.34 |
| *Need custom bent drip edge to be able to cover iso and roof* | | | | | | | |
| 29. R&R Flashing - pipe jack - lead | 5.00 EA | | 12.32 | 91.76 | 22.38 | 108.56 | 651.34 |
| 30. Remove Membrane roofing - cant strips - perlite | 633.70 LF | | 1.20 | 0.00 | 0.00 | 152.08 | 912.52 |
| 31. Membrane roofing - cant strips - perlite | 697.07 LF | | 0.00 | 3.19 | 29.49 | 450.64 | 2,703.78 |
| 32. Asphalt primer | SF | | 0.00 | 0.38 | 0.00 | 0.00 | 0.00 |

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

**CONTINUED - Modfied Roofing System**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| *Prime brick before applying flashing on brick walls* | | | | | | | |
| Totals: Modfied Roofing System | | | | | 4,164.00 | 43,762.74 | 262,575.91 |

**Shinlge Awning**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **ROOF** | | | | | | | |
| 33. Remove Laminated - comp. shingle rfg. - w/ felt | 0.16 SQ | | 98.52 | 0.00 | 0.00 | 3.16 | 18.92 |
| 34. Laminated - comp. shingle rfg. - w/ felt | 0.33 SQ | | 0.00 | 327.17 | 3.98 | 22.40 | 134.35 |
| *added 10% waste* | | | | | | | |
| 35. Remove Additional charge for high roof (2 stories or greater) | 0.16 SQ | | 9.25 | 0.00 | 0.00 | 0.30 | 1.78 |
| 36. Additional charge for high roof (2 stories or greater) | 0.18 SQ | | 0.00 | 25.99 | 0.00 | 0.94 | 5.62 |
| 37. Roofing felt - synthetic underlayment | 0.16 SQ | | 0.00 | 56.39 | 0.33 | 1.86 | 11.21 |
| **ACCESSORIES:** | | | | | | | |
| 38. R&R Aluminum sidewall/endwall flashing - mill finish | 4.00 LF | | 1.03 | 7.81 | 1.20 | 7.30 | 43.86 |
| 39. Remove Drip edge | 16.00 LF | | 0.57 | 0.00 | 0.00 | 1.82 | 10.94 |
| 40. Drip edge | 17.60 LF | | 0.00 | 3.19 | 1.73 | 11.56 | 69.43 |
| Totals: Shinlge Awning | | | | | 7.24 | 49.34 | 296.11 |
| Total: Roofing Systems | | | | | **4,171.24** | **43,812.08** | **262,872.02** |

**HVAC**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 41. Heat, Vent, & Air Conditioning (Bid Item) | 1.00 EA | | | | | | OPEN ITEM |
| *Pending further investigation on HVAC Units* | | | | | | | |
| 42. Detach & Reset Black pipe with fitting and hanger, 2" | 40.00 LF | 29.81 | 0.00 | 0.00 | 0.00 | 238.48 | 1,430.88 |
| *Pending Further inspection* | | | | | | | |
| 43. Custom Made Blocking Materials | 10.00 EA | | 0.00 | 45.00 | 40.50 | 98.10 | 588.60 |

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## CONTINUED - HVAC

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| *This line item represents manufacturing and installing 6" wooden blocks with a TPO pad for. Wood blocking is used for the HVAC and piping systems on roof.* | | | | | | | |
| 44. Packaged air conditioning unit - Detach & reset | 4.00 EA | | 0.00 | 949.72 | 0.00 | 759.78 | 4,558.66 |
| Totals: HVAC | | | | | 40.50 | 1,096.36 | 6,578.14 |

## Stucco

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 45. Stucco & Exterior Plaster (Bid Item) | 1.00 EA | | | | | | OPEN ITEM |
| Totals: Stucco | | | | | 0.00 | 0.00 | 0.00 |

## General Conditions

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **EQUIPMENT:** | | | | | | | |
| 46. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 6.00 EA | | 751.68 | 0.00 | 0.00 | 902.02 | 5,412.10 |
| 47. Crane and operator - 14 ton capacity - 65' extension boom | 44.00 HR | | 0.00 | 146.00 | 0.00 | 1,284.80 | 7,708.80 |
| *Needed to detach and reset RTUs* | | | | | | | |
| 48. Telehandler/forklift (per day) - no operator | 6.00 DA | | 0.00 | 508.68 | 0.00 | 610.42 | 3,662.50 |
| *123 squares / 20 squares per day= 6 days* | | | | | | | |
| 49. Temporary toilet - Minimum rental charge | 1.00 EA | | 0.00 | 450.00 | 0.00 | 90.00 | 540.00 |
| *1 toilets x 1 months* | | | | | | | |
| 50. Temporary hand washing station (per month) | 1.00 MO | | 0.00 | 280.00 | 0.00 | 56.00 | 336.00 |
| 51. Temporary fencing - 1-4 months (per month) | 500.00 LF | | 0.00 | 1.85 | 0.00 | 185.00 | 1,110.00 |
| 52. Job-site moving/storage container - 20' long (per month) | 1.00 MO | | 0.00 | 255.00 | 0.00 | 51.00 | 306.00 |
| *Necessary to protect equipment and materials from weather and theft* | | | | | | | |
| 53. Padlock and hasp | 2.00 EA | | 0.00 | 45.03 | 4.52 | 18.92 | 113.50 |
| 54. Fuel (per gallon) | 190.00 GL | | 0.00 | 9.50 | 0.00 | 361.00 | 2,166.00 |
| *34 days X 5 gallon per day for forklift, 4 days X 5 gallons per day for crane* | | | | | | | |

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

**CONTINUED - General Conditions**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **SAFETY:** | | | | | | | |
| 55. Leading edge protection | 540.00 LF | | 0.00 | 1.85 | 0.00 | 199.80 | 1,198.80 |
| *Perimeter flags and cones to ensure safety of roofers* | | | | | | | |
| 56. Traffic cones (per unit, per day) | 1,700.00 DA | | 0.00 | 0.90 | 0.00 | 306.00 | 1,836.00 |
| *Total LF/ 10LF per cone X 34 days* | | | | | | | |
| 57. Caution tape | 500.00 LF | | 0.00 | 0.11 | 0.45 | 11.10 | 66.55 |
| *Necessary to section off areas on the ground, to ensure safety of foot traffic* | | | | | | | |
| 58. Personal protective gloves - Heavy duty (per pair) | 10.00 EA | | 0.00 | 6.84 | 6.16 | 14.92 | 89.48 |
| *5 roofers per crew X 2 crews* | | | | | | | |
| 59. Eye protection - plastic goggles - Disposable | 10.00 EA | | 0.00 | 12.90 | 11.61 | 28.12 | 168.73 |
| *5 roofers per crew X 2 crews* | | | | | | | |
| **CLEAN UP:** | | | | | | | |
| 60. Final cleaning - construction - Commercial | 10,902.00 SF | | 0.00 | 0.26 | 0.00 | 566.90 | 3,401.42 |
| *Necessary to ensure pre construction condition of property* | | | | | | | |
| **Permits/Fees:** | | | | | | | |
| 61. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | | | | | | OPEN ITEM |
| 62. Rental equipment delivery / mobilization (crane) | 2.00 EA | | 0.00 | 525.00 | 0.00 | 210.00 | 1,260.00 |
| *1 delivery 1 pick up* | | | | | | | |
| 63. Rental equipment delivery / mobilization (forklift) | 2.00 EA | | 0.00 | 300.00 | 0.00 | 120.00 | 720.00 |
| *1 delivery 1 pick up* | | | | | | | |
| 64. Rental equipment delivery / mobilization (Temp toilet, temp hand washing station, temp fencing ) | 6.00 EA | | 0.00 | 125.00 | 0.00 | 150.00 | 900.00 |
| *3 deliveries and 3 pick ups* | | | | | | | |
| 65. Rental equipment delivery / mobilization (Temp office ) | 2.00 EA | | 0.00 | 500.00 | 0.00 | 200.00 | 1,200.00 |
| *1 delivery 1 pick up* | | | | | | | |
| 66. Rental equipment delivery / mobilization (Storage Container) | 2.00 EA | | 0.00 | 500.00 | 0.00 | 200.00 | 1,200.00 |
| *1 delivery 1 pick up* | | | | | | | |
| Totals: General Conditions | | | | | 22.74 | 5,566.00 | 33,395.88 |

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**General Requirements**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **LABOR :** | | | | | | | |
| 67. Commercial Supervision / Project Management - per hour | 48.00 HR | | 0.00 | 84.25 | 0.00 | 808.80 | 4,852.80 |
| 68. Equipment Operator - per hour | 48.00 HR | | 0.00 | 72.30 | 0.00 | 694.08 | 4,164.48 |
| 69. Safety Supervisor | 48.00 HR | | 0.00 | 68.21 | 0.00 | 654.82 | 3,928.90 |
| 70. Ground Guide (forklift) | 48.00 HR | | 0.00 | 48.62 | 0.00 | 466.76 | 2,800.52 |
| 71. Ground Guide (Crane) | 48.00 HR | | 0.00 | 48.62 | 0.00 | 466.76 | 2,800.52 |
| 72. Riggerman (Crane) | 48.00 HR | | 0.00 | 48.62 | 0.00 | 466.76 | 2,800.52 |
| 73. HVAC Technician - per hour | 6.00 HR | | 0.00 | 107.38 | 0.00 | 128.86 | 773.14 |
| *1.5 hours per RTU for detach and Reset* | | | | | | | |
| 74. HVAC - General Laborer - per hour | 6.00 HR | | 0.00 | 48.62 | 0.00 | 58.34 | 350.06 |
| *1.5 hours per RTU for detach and Reset. HVAC Techs assistant* | | | | | | | |
| 75. On-Site Evaluation and/or Supervisor/Admin - per hour | 4.00 HR | | 0.00 | 68.21 | 0.00 | 54.56 | 327.40 |
| *Necessary administrative hours to vet subcontractors (general liability insurance, certifications, licenses, quality control., etc.), and scheduling to meet on site for measurements and work to be completed* | | | | | | | |
| Totals: General Requirements | | | | | 0.00 | 3,799.74 | 22,798.34 |
| Total: Exterior | | | | | **4,234.48** | **54,274.18** | **325,644.38** |

**Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 76. Temporary repair services labor minimum | 1.00 EA | | 0.00 | 40.69 | 0.00 | 8.14 | 48.83 |
| 77. Miscellaneous concrete labor minimum | 1.00 EA | | 0.00 | 458.11 | 0.00 | 91.62 | 549.73 |
| Totals: Labor Minimums Applied | | | | | 0.00 | 99.76 | 598.56 |
| **Line Item Totals: 18659** | | | | | **4,234.48** | **55,376.46** | **332,258.02** |

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 332,258.02 | 100.00% | 332,258.02 | 100.00% |
| Dwelling - Code Upgrade | 0.00 | 0.00% | 0.00 | 0.00% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 332,258.02 | 100.00% | 332,258.02 | 100.00% |

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 272,647.08 |
| Material Sales Tax | 4,234.48 |
| Subtotal | 276,881.56 |
| Overhead | 27,688.23 |
| Profit | 27,688.23 |
| **Replacement Cost Value** | **$332,258.02** |
| **Net Claim** | **$332,258.02** |

Jesus Dominguez

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## Summary for Dwelling - Code Upgrade

| | |
|---|---|
| Line Item Total | 0.00 |
| **Replacement Cost Value** | **$0.00** |
| **Net Claim** | **$0.00** |

## Dwelling - Code Upgrade Paid When Incurred

| | |
|---|---|
| Line Item Total | 111,857.24 |
| Material Sales Tax | 3,850.27 |
| Subtotal | 115,707.51 |
| Overhead | 11,570.75 |
| Profit | 11,570.75 |
| **Replacement Cost Value** | **$138,849.01** |
| **Total Paid When Incurred** | **$138,849.01** |
| **Net Claim** | **$0.00** |
| **Net Claim if Additional Amounts are Recovered** | **$138,849.01** |

Jesus Dominguez

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

FILED DATE: 10/31/2025 2:06 PM 2025L013579

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (9%) | Food & Med State Tax (1%) | Food & Med Local Tax (1.25%) |
|---|---|---|---|---|---|
| **Line Items** | 27,688.23 | 27,688.23 | 4,234.48 | 0.00 | 0.00 |
| **Total** | **27,688.23** | **27,688.23** | **4,234.48** | **0.00** | **0.00** |

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## Recap by Room

| | | | |
|---|---|---|---|
| **Estimate: 18659** | | | |
| **Staging** | | **5,012.56** | **1.84%** |
| Coverage: Dwelling | 100.00% = | 5,012.56 | |
| **Area: Exterior** | | | |
| **Area: Roofing Systems** | | | |
| **Modfied Roofing System** | | **214,649.17** | **78.73%** |
| Coverage: Dwelling | 100.00% = | 214,649.17 | |
| **Shinlge Awning** | | **239.53** | **0.09%** |
| Coverage: Dwelling | 100.00% = | 239.53 | |
| **Area Subtotal: Roofing Systems** | | **214,888.70** | **78.82%** |
| Coverage: Dwelling | 100.00% = | 214,888.70 | |
| **HVAC** | | **5,441.28** | **2.00%** |
| Coverage: Dwelling | 100.00% = | 5,441.28 | |
| **General Conditions** | | **27,807.14** | **10.20%** |
| Coverage: Dwelling | 100.00% = | 27,807.14 | |
| **General Requirements** | | **18,998.60** | **6.97%** |
| Coverage: Dwelling | 100.00% = | 18,998.60 | |
| **Area Subtotal: Exterior** | | **267,135.72** | **97.98%** |
| Coverage: Dwelling | 100.00% = | 267,135.72 | |
| **Labor Minimums Applied** | | **498.80** | **0.18%** |
| Coverage: Dwelling | 100.00% = | 498.80 | |
| **Subtotal of Areas** | | **272,647.08** | **100.00%** |
| Coverage: Dwelling | 100.00% = | 272,647.08 | |
| **Total** | | **272,647.08** | **100.00%** |

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---|---|
| **CONT: GARMENT & SOFT GOODS CLN** | | | **4,638.28** | **1.40%** |
| Coverage: Dwelling | @ | 100.00% = | 4,638.28 | |
| **CLEANING** | | | **2,834.52** | **0.85%** |
| Coverage: Dwelling | @ | 100.00% = | 2,834.52 | |
| **CONCRETE & ASPHALT** | | | **458.11** | **0.14%** |
| Coverage: Dwelling | @ | 100.00% = | 458.11 | |
| **CONTENT MANIPULATION** | | | **255.00** | **0.08%** |
| Coverage: Dwelling | @ | 100.00% = | 255.00 | |
| **GENERAL DEMOLITION** | | | **64,481.80** | **19.41%** |
| Coverage: Dwelling | @ | 100.00% = | 64,481.80 | |
| **HEAVY EQUIPMENT** | | | **18,363.84** | **5.53%** |
| Coverage: Dwelling | @ | 100.00% = | 18,363.84 | |
| **PERMITS AND FEES** | | | **1,805.00** | **0.54%** |
| Coverage: Dwelling | @ | 100.00% = | 1,805.00 | |
| **FRAMING & ROUGH CARPENTRY** | | | **1,993.80** | **0.60%** |
| Coverage: Dwelling | @ | 100.00% = | 1,993.80 | |
| **HAZARDOUS MATERIAL REMEDIATION** | | | **197.40** | **0.06%** |
| Coverage: Dwelling | @ | 100.00% = | 197.40 | |
| **HEAT, VENT & AIR CONDITIONING** | | | **5,094.73** | **1.53%** |
| Coverage: Dwelling | @ | 100.00% = | 5,094.73 | |
| **LABOR ONLY** | | | **13,949.12** | **4.20%** |
| Coverage: Dwelling | @ | 100.00% = | 13,949.12 | |
| **MASONRY** | | | **7,843.25** | **2.36%** |
| Coverage: Dwelling | @ | 100.00% = | 7,843.25 | |
| **PLUMBING** | | | **1,192.40** | **0.36%** |
| Coverage: Dwelling | @ | 100.00% = | 1,192.40 | |
| **ROOFING** | | | **130,743.99** | **39.35%** |
| Coverage: Dwelling | @ | 100.00% = | 130,743.99 | |
| **SIDING** | | | **9,860.28** | **2.97%** |
| Coverage: Dwelling | @ | 100.00% = | 9,860.28 | |
| **SOFFIT, FASCIA, & GUTTER** | | | **4,565.81** | **1.37%** |
| Coverage: Dwelling | @ | 100.00% = | 4,565.81 | |
| **TEMPORARY REPAIRS** | | | **4,369.75** | **1.32%** |
| Coverage: Dwelling | @ | 100.00% = | 4,369.75 | |
| **O&P Items Subtotal** | | | **272,647.08** | **82.06%** |
| **Material Sales Tax** | | | **4,234.48** | **1.27%** |
| Coverage: Dwelling | @ | 100.00% = | 4,234.48 | |
| **Overhead** | | | **27,688.23** | **8.33%** |
| Coverage: Dwelling | @ | 100.00% = | 27,688.23 | |
| **Profit** | | | **27,688.23** | **8.33%** |
| Coverage: Dwelling | @ | 100.00% = | 27,688.23 | |

FILED DATE: 10/31/2025 2:06 PM 2025L013579



| | | |
|---|---|---|
| **Total** | **332,258.02** | **100.00%** |

GREENLEAF-DEV-LLC 8/22/2023 Page: 2
1. Where the existing roof or roof covering is water soaked or has deteriorated to the point that the existing roof or roof covering is not adequate as a base for additional roofing.
2. Where the existing roof covering is wood shake, slate, clay, cement or asbestos-cement tile.
3. Where the existing roof has two or more applications of any type of roof covering.
SECTION R903 WEATHER PROTECTION R903.1General. Roof decks shall be covered with approved roof coverings secured to the building or structure in accordance with the provisions of this chapter. Roof assemblies shall be designed and installed in accordance with this code and the approved manufacturer's installation instructions such that the roof assembly shall serve to protect the building or structure.
BUILDING CODE ENFORCEMENT: R104.1 General
The Building Officialis hereby authorized and directed to enforce the provisions of this code. The building official shall have the authority to render interpretations of this code and to adopt policies and procedures in order to clarify the application of its provisions. Such interpretations, policies and procedures shall be in conformance with the intent and purpose of this code. Such policies and procedures shall not have the effect of waiving requirements specifically provided for in this code.
R905.2.7.1 Ice barrier.¬In areas where there has been a history of ice forming along the eaves causing a backup of water as designated in Table R301.2(1), an ice barrier that consists of a least two layers of underlayment cemented together or of a self-adhering polymer modified bitumen sheet, shall be used in lieu of normal underlayment and extend from the lowest edges of all roof surfaces to a point at least 24 inches (610 mm) inside the exterior wall line of the building.
R903.2 Flashing. Flashings shall be installed in a manner that prevents moisture from entering the wall and roof through joints in copings, through moisture permeable materials and at intersections with parapet walls and other penetrations through the roof plane.
R903.2.1 Locations. Flashings shall be installed at wall and roof intersections, wherever there is a change in roof slope or direction and around roof openings. A flashing shall be installed to divert the water away from where the eave of a sloped roof intersects a vertical sidewalk Where flashing is of metal, the metal shall be corrosion resistant with a thickness of not less than 0.019 inch (0.5 mm) (No. 26 galvanized sheet).
R903.2.2 Crickets and saddles. A cricket or saddle shall be installed on the ridge side of any chimney or penetration more than 30 inches (762 mm) wide as measured perpendicular to the slope. Cricket or saddle coverings shall be sheet metal or of the same material as the roof covering. Exception: Unit skylights installed in accordance with Section R308.6 and flashed in accordance with the manufacturer's instructions shall be permitted to be installed without a cricket or saddle. R903.3 Coping. Parapet walls shall be properly coped with noncombustible, weatherproof materials of a width no less than the thickness of the parapet wall.
SECTION R904 MATERIALS
R904.1Scope. The requirements set forth in this section shall apply to the application of roof covering materials specified herein. Roof assemblies shall be applied in accordance with this chapter and the manufacturer's installation instructions. Installation of roof assemblies shall comply with the applicable provisions of Section R9
R904.2 Compatibility of materials. Roof assemblies shall be of materials that are compatible with each other and with the building or structure to which the materials are applied.
R904.3 Material specifications and physical characteristics. Roof covering materials shall conform to the applicable standards listed in this chapter. In the absence of applicable standards or where materials are of questionable suitability, testing by an approved testing agency shall be required by the building official to determine the character, quality and limitations of application of the materials. R904.4 Product identification. Roof covering materials shall be delivered in packages bearing the manufacturer's identifying marks and approved testing agency labels when required. Bulk shipments of materials shall be accompanied by the same information issued in the form of a certificate or on a bill of lading by the manufacturer.
SECTION R905 REQUIREMENTS FOR ROOF COVERINGS
R905.1 Roof covering application. Roof coverings shall be applied in accordance with the applicable provisions of this section and the manufacturer's installation instructions. Unless otherwise specified in this section, roof coverings shall be installed to resist the component and cladding loads specified in Table R301.2(2), adjusted for height and expo¬ sure in accordance with Table R301.2(3). R905.2 Asphalt shingles. The installation of asphalt shingles shall comply with the provisions of this section. R905.2.1Sheathing requirements. Asphalt shingles shall be fastened to solidly sheathed decks. R905.2.2 Slope. Asphalt shingles shall be used only on roof slopes of two units vertical in 12 units horizontal (2:12) or greater. For roof slopes from two units vertical in 12 units horizontal (2:12) up to four units vertical in 12 units horizontal (4:12), double underlayment

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

FILED DATE: 10/31/2025 2:06 PM 2025L013579

application is required in accordance with Section R905.2.7.
R905.2.8.2 Valleys. Valley linings shall be installed in accordance with the manufacturer's installation instructions before applying shingles.

GREENLEAF-DEV-LLC 8/22/2023 Page: 3
R905.2.3 Underlayment. ...Asphalt shingle packaging shall bear a label to indicate compliance with ASTM D 7158 and the required classification in Table R905.2.4.1(1).
R806.2 Minimum area. The total net free ventilating area shall not be less than 1/150 of the area of the space ventilated except that reduction of the total area to 1/300 is permitted, provided that at least 50 percent and not more than 80 percent of the required ventilating area is provided by ventilators located in the upper portion of the space to be ventilated at least 3 feet (914 mm) above the eave or cornice vents with the balance of the required ventilation provided by eave or cornice vents.

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

FILED DATE: 10/31/2025 2:06 PM 2025L013579




1 down-net_http20240812-130-rdkib6 Date Taken: 7/10/2024 Taken By: Jesus Dominguez

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309



2 down-net_http20240812-112-obq3k9 Date Taken: 7/10/2024 Taken By: Jesus Dominguez

FILED DATE: 10/31/2025 2:06 PM 2025L013579

# EXHIBIT 5

FILED DATE: 10/31/2025 2:06 PM 2025L013579

DALY & BLACK, P.C.

June 16, 2025

***<u>Via Facsimile: (610) 660-8886</u>***
Penn-Star Insurance Company
P.O. Box 532
Willow Grove, PA 19090

| | | |
|---|---|---|
| RE: | Our Client: | Itam Enterprises, LLC |
| | Insured Property: | 18659 Dixie Hwy<br>Homewood, IL 60430 |
| | Policy Number: | PAV0478527 |
| | Claim Number: | 24003439 |
| | Date of Loss: | May 8, 2024 |

To whom it may concern:

As you know, we represent **Itam Enterprises, LLC** ("Itam Enterprises" or "our Client") regarding the property located at **18659 Dixie Highway, Homewood, IL 60430** ("the Property"). To facilitate a clear understanding of the issues prior to a lawsuit being filed, we issue this notice and demand. Below we have set forth the relevant facts, an analysis of liability, and the damages incurred by our Client to date to assist you in evaluating the merits of this case.

We sent a letter on May 27, 2025 requesting certain documents from Penn-Star Insurance Company ("Penn-Star") pertaining to the Claim. If Penn-Star has not yet sent all documentation requested, please do so within seven (7) business days. This confidential letter-demand is based on information known to date and reasonably obtainable, but we reserve the right to make additional information known as Penn-Star provides further documentation.

**<u>Factual background and the acts and omissions giving rise to the claim.</u>** On May 8, 2024, the Property experienced damage from a wind and hailstorm ("the Storm"). Itam Enterprises promptly filed a claim with the associated claim number 24003439 ("the Claim") to Penn-Star for damages to the covered property.

When Penn-Star refused to provide adequate coverage for the claim, despite the clear covered damages to the Property, Itam Enterprises hired Restore Masters to provide an estimate for repairs. The estimate, addressing repairs to covered damage to the Property, totaled at $332,258.02. A copy of the estimate was sent to Penn-Star.[1] Despite Itam Enterprises having gone out of its way to do Penn-Star's job and evaluate the value of the Claim, Penn-Star remained uncooperative in attempting to resolve the claim.

[1] If a new copy of this estimate is necessary, please inform our offices and we will provide one.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

Over the following months, Penn-Star was not taking any steps to resolve the claim while the Property continued to accrue damage resulting from the Storm. As a result of Penn-Star's inaction, mishandling, and delays on this claim, Itam Enterprises was forced to retain counsel and consider litigation.

The specific amount owed by Penn-Star on the Claim for damage to the Property is, in accordance with Restore Masters' estimate reflecting damage to the covered property, $332,258.02, less the applicable deductible. This includes, but is not limited to, repair of the HCAV system and roof.

As a direct result of Penn-Star's failure to comply with its own Policy, continuous delays in addressing the Claim, and outright denial on damage that is clearly covered, damage continues to occur at the Property, which will likely result in the damages increasing as time goes on.

Penn-Star has committed breach of contract and acted in bad faith. Itam Enterprises demands payment for the damages to the Property pursuant to the terms and conditions of the Policy. In an effort to resolve this without protracted litigation, our Client asserts that the specific amount owed by Penn-Star on the Claim for damage to or loss of covered property is **$485,000.00. This is for all damages and additional causes of action that may be brought in this suit.** This amount is specified solely for purposes of settlement at this stage, and should Penn-Star choose to require active litigation, we expect that any settlement demands in the future will exceed this amount.

This is a privileged and confidential offer to compromise and is intended solely for settlement purposes, with the attempt to reach resolution without the necessity of both sides incurring any additional expenses.

**Production of a Certified Copy of the applicable insurance policy.** Penn-Star must produce to us a correct, certified copy of the applicable insurance policies within the next thirty (30) days.

**Production of the Claims File.** Penn-Star must produce to us their complete claims files within the next thirty (30) days. This should include any estimates, engineering or other consultant reports, and all materials that Penn-Star created or relied upon in the process of the claim.

**Production of underwriting reports and materials.** Most insurance companies conduct a thorough underwriting process prior to entering into an insurance contract. This process typically includes the completion of an underwriting inspection or loss control survey. These reports have matieral information about the condition of the property prior to the loss. Penn-Star must produce to us any such reports within the next thirty (30) days. Should Penn-Star intend to take the position that some or all of the damage in question is not covered as a result of a pre-existing condition, this information will be extremely important in determining whether those defenses have merit.

**Production of correspondence.** Please provide all correspondence, such as letters and emails between our Client and your office, agents, and/or adjusters, including but not limited to claim acknowledgement and denial letters on this claim or any prior claim.

FILED DATE: 10/31/2025 2:06 PM 2025L013579

**Production of prior payment.** Please provide any copies of checks and/or payments made to our Client for the loss made the subject of this claim or any prior loss.

**Responsible communication.** We will endeavor to facilitate any appropriate communications among the parties. However, any further communications should be directed to our firm, and not our Client.

We have made our best efforts to evaluate this claim with the information available to us at this time. If you contend that the information contained in this letter is inaccurate, or that some policy provision has not been complied with, please notify us immediately of any issue and we will carefully consider the information provided to ensure our Client has met all conditions precedent.

If this demand is not accepted within thirty (30) days of the date of this letter, it will be withdrawn, and suit will follow. We welcome the opportunity to settle this claim.

Should you have any questions or concerns, please feel free to call (713) 655-1405.

Sincerely,

*/s/ Maria R. Gerguis*
Maria R. Gerguis

**DALY & BLACK, P.C.**
Maria R. Gerguis
mgerguis@dalyblack.com
2211 Norfolk Street, Suite 300
Houston, Texas 77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587